UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

BARRY GORDON CROFT

Defendant(s).

Case No. 1:20-cr-00183-RJJ

Hon. Robert J. Jonker

**GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

- ☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
- ☒ There are the following written records of oral statements:

> -FBI Report of Custodial Interrogation (also audio/video recorded)

The substance of which

- ☐ has been disclosed to defense counsel.
- ☒ will be disclosed to defense counsel by January 15, 2021.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

- ☐ There are no written or recorded statements or grand jury testimony of defendant.
- ☒ There are the following written or recorded statements or grand jury testimony:

> -Audio recordings (covert surveillance)
> -Audio/video recording of custodial interview
> -Text messages, chats
> -Audio/video recordings sent through social media

All written or recorded statements

- ☐ have been disclosed to defense counsel.
- ☒ will be disclosed to defense counsel by January 15, 2021.

B. Defendant's Prior Record (Rule 16(a)(1)(D))

- [ ] The Government has made due inquiry and is not aware of any prior criminal record.
- [x] The Government has disclosed defendant's prior criminal history.
- [ ] The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects (Rule 16(a)(1)(E))

- [ ] The Government has no documents, tangible objects, or physical evidence required to be disclosed.
- [x] The Government has the following documents, tangible objects, and physical evidence:
  - [ ] Drug Paraphernalia
  - [ ] Drug Records
  - [ ] Inventory (attached)
  - [ ] Controlled Substances: _____
  - [ ] Records: _____
  - [x] Firearms: 300 Blackout .223 cal rifle; see returns on warrants listed below
  - [x] Other: See returns on warrants listed below
- [x] The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  - [ ] State
  - [x] Federal:
    - Case No. 20-273M (Facebook) Re: 20-mj-349, 392, 393, 394, 396 (ping)
    - Case No. 20-274M (Phone) Re: 20-mc-505016-10 (electronic devices)
    - Case No. _____ Re: _____
- [ ] They have been made available for inspection and copying by defense counsel.
- [x] Defense counsel should make arrangements with: FBI Special Agent Thomas Szymanski

D. Reports of Examinations and Tests (Rule 16(a)(1)(F))

- [ ] The Government has no reports of examinations or tests required to be disclosed by Rule 16.
- [x] The Government has or expects to have reports of the following examinations and tests:
  - [ ] Drug Analysis
  - [ ] Handwriting
  - [x] Fingerprints
  - [ ] DNA
  - [x] Firearms/Nexus
  - [x] Gun Operability
  - [x] Computer Forensics
  - [ ] Other: _____

E. Reciprocal Discovery

- [x] The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☐ The Government will provide pretrial notice of 404(b) evidence by _____.

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ___3 weeks___.

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:
To benefit from concessions by the government, Defendant must enter plea agreement 4 weeks before the final pretrial conference.

Date ___December 17, 2020___  ___Austin J. Hakes___
Counsel for the United States