UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                         No. 1:20-cr-183

     vs.                              Hon. Robert J. Jonker
                                        Chief United States District Judge

BARRY GORDON CROFT, JR.,

      Defendants.
_____/

## CERTIFICATE OF COMPLIANCE

      In accordance with L. Crim. R. 12.4 and Administrative Order No. 15-RL-79, the United States has consulted with defense counsel, Josh Blanchard, who does not oppose the government's motion for a protective order.

                                                      Respectfully submitted,

                                                      ANDREW BYERLY BIRGE
                                                      United States Attorney

November 10, 2020                   /s/ Nils R. Kessler
                                                      NILS R. KESSLER
                                                      Assistant United States Attorney
                                                      P.O. Box 208
                                                     Grand Rapids, MI 49501-0208
                                                     (616) 456-2404
                                                     *nils.kessler@usdoj.gov*