UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**UNITED STATES OF AMERICA,**
                Plaintiff,        Case No. 1:20-cr-183-RJJ

                                Hon. Robert J. Jonker
                                Chief United States District Judge

v.


**BARRY CROFT,**
                Defendant.
_____/

**DEFENDANT'S MOTION TO REVOKE DETENTION ORDER OR ALTERNATIVELY TO COMPEL MR. CROFT'S APPEARANCE WITHIN THE DISTRICT**

**NOW COMES** the Defendant, Barry Croft, by his counsel, and for the reasons explained in the accompanying brief, requests this Court enter an order revoking the detention order pursuant to 18 USC §3145(b) or, alternatively, order that the United States secure Mr. Croft's appearance within the District within 7 days.

                                              Respectfully Submitted,
                                              **BLANCHARD LAW**

Dated: December 18, 2020        /s/ Joshua A. Blanchard
                                              Joshua Blanchard
                                              Attorney for Defendant
                                              309 S. Lafayette St., Ste. 208
                                              Greenville, MI 48838
                                              616-773-2945
                                              josh@blanchard.law

1