THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

        Plaintiff,        NO. 1:20-CR-000183-RJJ

v.

                              Hon. Robert J. Jonker
ADAM DEAN FOX,                 Chief United States District Judge
BARRY GORDON CROFT, JR.,
KALEB JAMES FRANKS,       MOTION FOR LEAVE TO FILE
DANIEL JOSEPH HARRIS, and    UNDER RESTRICTED ACCESS
BRANDON MICHAEL-RAY CASERTA,

        Defendants.
_____/

## MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

**NOW COMES** the defendant, Barry Gordon Croft, Jr., through his counsel of record, Joshua Blanchard individually and for the benefit of all court-appointed defendants and their counsel and moves this Court for permission to file a document relating to 18 U.S.C. § 3006A(b)-(e) under access restricted to the Court and counsel for Mr. Croft, Mr. Fox, Mr. Franks, Mr. Harris, and Mr. Caserta

                              Respectfully submitted,
                              **BLANCHARD LAW**

Dated: December 18, 2020      /s/ Joshua A. Blanchard
                              Joshua Blanchard
                              Attorneys for Barry Croft
                              309 S Lafayette St., Ste. 208
                              Greenville, MI 48838
                              616-773-2945
                              josh@blanchard.law

**IT IS ORDERED** that the Defendant's request to file under restricted access is **GRANTED**.


Dated: December \_\_\_\_, 2020  _____
Hon. Robert J. Jonker
Chief United States District Judge