UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              Case No. 1:20–cr–183

v.                                        Hon. Robert J. Jonker

BARRY GORDON CROFT, JR,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Detention Hearing<br>First Appearance<br>Initial Pretrial Conference |
| Date/Time: | January 13, 2021   04:00 PM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

                                                      SALLY J. BERENS
                                                      U.S. Magistrate Judge

Dated:  January 12, 2021        By:   /s/ Julie Lenon
                                               Judicial Assistant