# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Barry Gordon Croft, Jr. | Mag. Judge: Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-00183-RJJ-2 | 01/13/2021 | 4:00 P.M. - 5:23 P.M. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler | Defendant: Joshua Adam Blanchard | Counsel Designation: CJA Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __ <br> Reading Waived __ |

### TYPE OF HEARING
- ✓ First Appearance
- ✓ Arraignment:
  - __ mute  __ nolo contendre
  - ✓ not guilty  __ guilty
- ✓ Initial Pretrial Conference
- ✓ Detention  (waived __)
- __ Preliminary  (waived __)
- __ Rule 5 Proceeding
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- __ Sentencing
- ✓ Other: Def's Motion (ECF #108)

### DOCUMENTS
- ✓ Defendant's Rights
- __ Waiver of _____
- __ Consent to Mag. Judge for _____
- __ Other: _____

Court to Issue:
- __ Report & Recommendation
- ✓ Order of Detention
- __ Order to file IPTC Statements
- __ Bindover Order
- __ Order Appointing Counsel
- ✓ Other: Rule 5(f) Order

### CHANGE OF PLEA
Guilty Plea to Count(s) _____ of the _____
Count(s) to be dismissed at sentencing: _____

Presentence Report:
__ Ordered   __ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Defendant's request for court appointed counsel granted; previous provisional court appointed counsel affirmed.

Government witness FBI SA Richard Trask; exhibits 1-9 admitted.

Motion #108 denied. Order to issue.

### SENTENCING
Imprisonment: _____
Probation: _____
Supervised Release: _____
Fine: $ _____
Restitution: $ _____
Special Assessment: $ _____
Plea Agreement Accepted:  __ Yes  __ No
Defendant informed of right to appeal:  __ Yes  __ No
Counsel informed of obligation to file appeal:  __ Yes  __ No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |

**CASE TO BE:** Referred to District Judge  
**TYPE OF HEARING:** Further Proceedings

**Reporter/Recorder:** Digitally Recorded  
**Courtroom Deputy:** J. Norton