UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY GORDON CROFT, JR.,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:20-cr-00183

**ORDER**

This matter is before the Court on Defendant's Motion to Revoke Detention Order (ECF No. 108). For the reasons stated on the record at the hearing held January 13, 2021, the motion (ECF No. 108) is denied.

IT IS SO ORDERED.

Dated: January 14, 2021

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge