UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:20−cr−183

  vs.                                Hon. Robert J. Jonker

BARRY GORDON CROFT, JR,

        Defendant.
_____/

## ORDER SCHEDULING PROGRESSION OF CASE

### E−filing of Initial Pretrial Conference Summary Statement

The parties have each e−filed an Initial Pretrial Conference Summary Statement, and the initial pretrial conference was held.

### Filing of Rule 12(b) Motions

All motions shall be filed within twenty−one (21) days from the date of the initial pretrial conference of the defendant, unless otherwise ordered.

### Initial Discovery

The provisions of the court's Standing Order Regarding Discovery in Criminal Cases (Administrative Order 20−RL−066) shall apply to the parties named above. The Standing Order is available on the court's website at www.miwd.uscourts.gov, under Rules, Orders & Policies/Administrative Orders. Sanctions may be imposed for failure to follow the court's Standing Order Regarding Discovery in Criminal Cases.

IT IS SO ORDERED.

Dated:  January 14, 2021                      /s/ Sally J. Berens
                                             UNITED STATES MAGISTRATE JUDGE