UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

Barry G. Croft, Jr.

       Defendant.

Case No. 20-cr-183-RJJ

Hon. Robert J. Jonker

## CONSENT TO ADJOURNMENT

I understand that I have a right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney. I understand that my attorney will be asking the Court for a continuance of the present trial date because additional time is needed. I voluntarily agree to this continuance and agree that it is in my interest to do so. I also believe it is in the interest of justice for a continuance to be granted.

Date: 1/28/21

_____
Defendant

(Rev. 10/12)