UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
            Plaintiff,        Case No. 1:20-cr-183-RJJ

                             Hon. Robert Jonker
                             Chief United States District Judge

v.

**BARRY GORDON CROFT, JR.,**
            Defendant.
_____/

**CERTIFICATE OF CONCURRENCE PURSUANT TO LCrR 12.4**

Pursuant to LCrR 12.4, Defense Counsel states that he has discussed the relief sought in Defendant's Motion to Modify Protective Order with AUSA Austin Hakes on May 4, 2021 and Mr. Hakes has stated that he does not oppose entry of the proposed modified protective order.

                                                        Respectfully submitted:

Dated: May 4, 2021                    /s/ Joshua A. Blanchard
                                                        Joshua A. Blanchard (P72601)
                                                        BLANCHARD LAW
                                                        309 S. Lafayette St Ste 208
                                                        PO Box 938
                                                       Greenville, MI 48838
                                                        josh@blanchard.law