# In the United States District Court
# Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 20-183-2 |
| Plaintiff, | HON. ROBERT J. JONKER |
| v. | |
| BARRY GORDON CROFT, JR., | |
| Defendant. | |

UNITED STATES ATTORNEY
Nils R. Kessler (P69484)
Assistant U.S. Attorney
330 Ionia Avenue NW
Grand Rapids, Michigan 49501-0208
(616) 456-2404
nils.kessler@usdoj.gov
*Counsel for the United States*

BLANCHARD LAW
Joshua A. Blanchard (P72601)
309 South Lafayette Street, Suite 208
Greenville, Michigan 48838
(616) 328-6501
josh@blanchard.law
*Counsel for Defendant Croft*

BUTZEL LONG, P.C.
Robin Luce Herrmann (P46880)
Joseph E. Richotte (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for BuzzFeed, Inc.*

**MOTION FOR ACCESS TO DETENTION HEARING EXHIBITS BY BUZZFEED, INC.**

Movant BuzzFeed, Inc., respectfully moves the Court for an order granting access to the exhibits admitted into evidence at the detention hearing held on January 13, 2021.

Dated:  May 20, 2021

Respectfully submitted,

BUTZEL LONG, P.C.

*JOSEPH E. RICHOTTE  P70902*

ROBIN LUCE HERRMANN (P46880)
JOSEPH E. RICHOTTE (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for BuzzFeed, Inc.*

- 2 -