# In the United States District Court
# Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BARRY GORDON CROFT, JR.,<br><br>    Defendant. | Crim. No. 20-183-2<br><br>HON. ROBERT J. JONKER |

UNITED STATES ATTORNEY
Nils R. Kessler (P69484)
Assistant U.S. Attorney
330 Ionia Avenue NW
Grand Rapids, Michigan 49501-0208
(616) 456-2404
nils.kessler@usdoj.gov
*Counsel for the United States*

BLANCHARD LAW
Joshua A. Blanchard (P72601)
309 South Lafayette Street, Suite 208
Greenville, Michigan 48838
(616) 328-6501
josh@blanchard.law
*Counsel for Defendant Croft*

BUTZEL LONG, P.C.
Robin Luce Herrmann (P46880)
Joseph E. Richotte (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for BuzzFeed, Inc.*

**MOTION FOR ACCESS TO DETENTION HEARING EXHIBITS BY BUZZFEED, INC.**

**CERTIFICATE OF COMPLIANCE WITH LOCAL CRIMINAL RULE 12.4**

Under Local Criminal Rule 12.4, counsel for BuzzFeed, Inc., states:

1. On May 12, 2021, I initiated a concurrence conference with the Government and Mr. Croft by email to Assistant United States Attorney Nils R. Kessler and Joshua A. Blanchard.

2. On May 13, 2021, I spoke with Mr. Blanchard by telephone, at which time he explained why he was opposed to the release of the exhibits admitted at Mr. Croft's detention hearing. He agreed, however, to consider the issue further after the Government made its position known.

3. On May 14, 2021, AUSA Kessler notified me by email that the Government concurred in the relief requested. I replied, asking if the Government would voluntarily provide copies of the requested exhibits. This prompted a telephone call, during which AUSA Kessler explained why the Government would not do so without Mr. Blanchard's approval.

4. On May 16, 2021, I emailed Mr. Blanchard, to determine whether he would agree to the release of the exhibits in light of the Government's position. On May 17, 2021, he responded that he declined to concur in the relief request, necessitating the filing of the motion.

Dated: May 20, 2021

Respectfully submitted,

BUTZEL LONG, P.C.

*JOSEPH E. RICHOTTE  P70902*

ROBIN LUCE HERRMANN (P46880)
JOSEPH E. RICHOTTE (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for BuzzFeed, Inc.*

BH3106900.2

- 2 -