UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 1:20–cr–183

v.                                Hon. Robert J. Jonker

BARRY GORDON CROFT, JR,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion to Compel (ECF No. 193)
Date/Time:       June 16, 2021   01:00 PM
Magistrate Judge:  Sally J. Berens
Place/Location:   650 Federal Building, Grand Rapids, MI

*Public audio access (listen only) for the hearing will be available by phone at (888) 363–4734 with Access Code 6957754#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED LGenR 4.1(c)(i) and (ii).*

                                          SALLY J. BERENS
                                          U.S. Magistrate Judge

Dated:  May 20, 2021        By:     /s/ Julie Lenon
                                                Judicial Assistant