# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 20-183-2 |
| Plaintiff, | HON. ROBERT J. JONKER |
| v. | **MOTION FOR ACCESS TO DETENTION HEARING EXHIBITS BY THE DETROIT NEWS AND SCRIPPS MEDIA, INC.** |
| BARRY GORDON CROFT, JR., | |
| Defendant. | |

UNITED STATES ATTORNEY
Nils R. Kessler (P69484)
Assistant U.S. Attorney
330 Ionia Avenue NW
Grand Rapids, Michigan 49501-0208
(616) 456-2404
nils.kessler@usdoj.gov
*Counsel for the United States*

BLANCHARD LAW
Joshua A. Blanchard (P72601)
309 South Lafayette Street, Suite 208
Greenville, Michigan 48838
(616) 328-6501
josh@blanchard.law
*Counsel for Defendant Croft*

BUTZEL LONG, P.C.
Robin Luce Herrmann (P46880)
Joseph E. Richotte (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for BuzzFeed, Inc.*

HONIGMAN LLP
Leonard M. Niehoff (P36695)
Andrew M. Pauwels (P79167)
315 E. Eisenhower Pkwy., Suite 100
Ann Arbor, Michigan 48108
(734) 418-4200
lniehoff@honigman.com
apauwels@honigman.com
*Counsel for The Detroit News and Scripps Media, Inc.*

# MOTION FOR ACCESS TO DETENTION HEARING EXHIBITS BY THE DETROIT NEWS AND SCRIPPS MEDIA, INC.

The Detroit News and Scripps Media, Inc. hereby join in the motion filed by BuzzFeed, Inc. and respectfully move this Court for an order granting access to the exhibits admitted into evidence at the detention hearing in this matter held on January 13, 2021.

    Respectfully submitted,
HONIGMAN LLP

By: /s/ *Leonard M. Niehoff*
Leonard M. Niehoff (P36695)
Andrew M. Pauwels (P79167)
Honigman LLP
315 E. Eisenhower, Suite 100
Ann Arbor, Michigan 48108
(734) 418-4200
lniehoff@honigman.com
apauwels@honigman.com

*Attorneys for The Detroit News and Scripps Media, Inc.*

Dated: May 21, 2021

# **CERTIFICATE OF SERVICE**

I certify that on May 21, 2021, I caused this document to be filed with the Clerk of the Court by the CM/ECF system, which will cause notice of same to be sent to all counsel of record.

By: *s/ Leonard M. Niehoff*