UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

         Plaintiff,                           Case No. 1:20–cr–183

   v.                                 Hon. Robert J. Jonker

BARRY GORDON CROFT, JR,

         Defendant.

_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 198) |
| Date/Time: | June 16, 2021   01:00 PM |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 650 Federal Building, Grand Rapids, MI |

*Public audio access (listen only) for the hearing will be available by phone at (888) 3634734 with Access Code 6957754#; RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED LGenR 4.1(c)(i) and (ii).*

SALLY J. BERENS
U.S. Magistrate Judge

Dated:  May 21, 2021      By:    /s/ Jenny Norton_____
                                      Courtroom Deputy