# In the United States District Court
# Western District of Michigan

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br> Plaintiff,<br><br>v.<br><br>BARRY GORDON CROFT, JR.,<br><br> Defendant. | Crim. No. 20-183-2<br><br>HON. ROBERT J. JONKER |

UNITED STATES ATTORNEY
Nils R. Kessler (P69484)
Assistant U.S. Attorney
330 Ionia Avenue NW
Grand Rapids, Michigan 49501-0208
(616) 456-2404
nils.kessler@usdoj.gov
*Counsel for the United States*

BLANCHARD LAW
Joshua A. Blanchard (P72601)
309 South Lafayette Street, Suite 208
Greenville, Michigan 48838
(616) 328-6501
josh@blanchard.law
*Counsel for Defendant Croft*

BUTZEL LONG, P.C.
Robin Luce Herrmann (P46880)
Joseph E. Richotte (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for The New York Times*

**MOTION FOR ACCESS TO DETENTION HEARING EXHIBITS BY THE NEW YORK TIMES CO.**

**MEMORANDUM IN SUPPORT BY THE NEW YORK TIMES CO.**

**ORAL ARGUMENT REQUESTED**

In the interest of judicial economy, The New York Times Company adopts the brief filed by BuzzFeed in support of its motion for access to the detention hearing exhibits, Brief for BuzzFeed, R.193-1, PageID.1015–1027, and the supporting exhibit to that brief, *id.* at Exhibit 1, R.193-2, PageID.1029–1031.

Dated: June 14, 2021

Respectfully submitted,

BUTZEL LONG, P.C.

*/s/ Joseph E. Richotte P70902*

ROBIN LUCE HERRMANN (P46880)
JOSEPH E. RICHOTTE (P70902)
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, Michigan 48304
(248) 258-1616
richotte@butzel.com
*Counsel for The New York Times Company*

BH3128169.1

- 1 -

## CERTIFICATE OF COMPLIANCE

  Under Local Criminal Rule 47.2(b)(ii), The New York Times Company certifies that this brief contains 49 countable words, as calculated by the word count feature of the Microsoft Office 365 version of Microsoft Word.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BUTZEL LONG, P.C. |
| Dated:  June 14, 2021 | *JOSEPH E. RICHOTTE  P70902* |
|  | ROBIN LUCE HERRMANN (P46880) |
|  | JOSEPH E. RICHOTTE (P70902) |
|  | Stoneridge West |
|  | 41000 Woodward Avenue |
|  | Bloomfield Hills, Michigan 48304 |
|  | (248) 258-1616 |
|  | richotte@butzel.com |
| BH3128169.1 | *Counsel for The New York Times Company* |

- 2 -