UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                      Case No. 1:20–cr–183

v.                                                            Hon. Robert J. Jonker

BARRY GORDON CROFT, JR,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 193)<br>Motion to Compel (ECF No. 198)<br>Motion to Compel (ECF No. 210) |
| Date/Time: | June 16, 2021   01:00 PM<br>*(previously set for same date and time in Judge Berens's courtroom (650)*) |
| Magistrate Judge: | Sally J. Berens |
| Place/Location: | 601 Federal Building, Grand Rapids, MI |

*Change in location only*

                                                SALLY J. BERENS
                                                U.S. Magistrate Judge

Dated:   June 15, 2021            By:     /s/ Jenny Norton
                                                   Courtroom Deputy