UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**UNITED STATES OF AMERICA**
                Plaintiff,        Case No. 1:20-cr-00183-RJJ

                                    Hon. Robert J. Jonker
                                    Chief United States District Judge
v.


**BARRY CROFT,**
                Defendant.
_____/

**MOTION FOR EARLY DESIGNATION OF WITNESSES AND EXHIBITS**

Barry Gordon Croft, Jr., by his counsel, Joshua Blanchard, for the reasons explained in the following brief moves the Court to modify the pretrial order [*Order Setting Trial,* ECF No. 136 PageID.720 at ¶5; EOJ Order, ECF No. 161, PageID.862] to require the government to disclose its witnesses and trial exhibits at least 30 days before the final pretrial conference.


Dated: July 11, 2021                         /s/ Joshua A. Blanchard
                                                    Joshua A. Blanchard
                                                    Attorney for Barry Gordon Croft, Jr.
                                                    BLANCHARD LAW
                                                    309 S. Lafayette St., Ste. 208
                                                    Greenville, MI 48838
                                                    616-773-2945
                                                    josh@blanchard.law