# EXHIBIT B

## Return & Tabulation

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return |||
|---|---|---|
| Case No.: 20- 250 M | Date and time warrant executed: 10/08/2020  12:34 AM | Copy of warrant and inventory left with: SHARON CROFT |
| Inventory made in the presence of : SHARON CROFT |||
| Inventory of the property taken and name(s) of any person(s) seized: |||

See attached FD-597 property receipts.

NOTHING FURTHER FOLLOWS
TMS [signature]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/08/2020

_____
Executing officer's signature

THOMAS M. SZYMANSKI, SPECIAL AGENT
Printed name and title

00015511

FD-597 (Rev. 4-13-2015)                                                                                         Page 1 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ~~████████~~ 3113649

On (date): 10/8/2020       item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) BARRY GORDON CROFT JR.
(Street Address) 511 DANIELS COURT
(City) BEAR, DE 19701

Description of Item(s):
① PAPERWORK
② BLACK SAMSUNG GALAXY NOTE IMEI: ████
③ SGM TACTICAL 10MM MAGAZINE WITH 25 10MM ROUNDS
④ KNIFE
⑤ GLOCK 20 GEN 4 S/N BMAW940 w/Mag 15 Rounds 10MM
⑥ 1-BLK Verizon Samsung IMEI ████
⑦ One extended Mag (Glock 20/10mm) + 20 rounds 10mm
⑧ Green boots
⑨ 1-LG cellphone black unk. IMEI
⑩ 1-Cell phone Samsung Galaxy S8+ IMEI ████
⑪ One Hawaiian Shirt
⑫ DELAWARE LICENSE PLATE ████
⑬ CAMOFLAGE SWEATSHIRT
⑭ NIKE BOX FILLED WITH WEAPON PARAPHANALIA
⑮ $343.00 / 3 x $100, 1 x $20, 1 x $10, 2 x $5, 3 x $1
⑯ ONE SWORD WITH WOODEN HANDLE AND SHEATH
⑰ CERTIFICATE OF SERVICE - DOCUMENTS + FEDEX RECEIPT
⑱ EMPTY GLOCK CASE
⑲ TWO CHECKS, #1305 - $1,800, #1301 - $2,200

Received By: _[signature]_ (Signature)           Received From: _[signature]_ (Signature)

Printed Name/Title: THOMAS SZYMANSKI              Printed Name/Title: SHARON CROFT
                    SPECIAL AGENT

00015517

FD-597 (Rev. 4-13-2015)  Page 2 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ~~██████~~ 31/3649

On (date): 10/8/2020

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) BARRY GORDON CROFT JR.
(Street Address) 511 DANIELS COURT
(City) BEAR, DE 19701

Description of Item(s):
- (20) MARC D. ROSS MASTERCARD ███
- (21) BARRY CROFT VISA DEBIT ███
- (22) COBRA RADIO
- (23) CERTIFICATE OF SERVICE DOCUMENT
- (24) WALLET, SSN CARD, DE CDC, DE THREE PERCENT CARD
- (25) ORANGE SHOTGUN SHELLS  11/8 - 7 1/2   25 SHELLS
- (26) DRUG PARAPHANALIA
- (27) RED BAG CONTAINING GUN POWDER
- (28) GRAY FASTEEL  2 3/4 - 1 1/16   18 SHELLS
- (29) 12 GAUGE SHOTGUN SHELLS  7 1/2 - 3/4-1   13 SHELLS
- (30) GUN CLEANING PRODUCTS
- (31) CURVED KNIFE WITH SHEATH
- (32) CURVED KNIFE WITH SHEATH
- (33) SILVER COLORED METAL BAR  AA06128  VALCAMBI SUISSE
- (34) (1) BLACK THREE POINT (TRICORNER) HAT (2) CAMOFLAGE BANDANAS
- (35) HATCHET
- (36) BATTERIES
- (37) RADIO
- (38) ONE GREEN BACK PACK w/ CAMO CLOTHING + SURVIVAL GEAR

Received By: _(Signature)_   Received From: _(Signature)_

Printed Name/Title: THOMAS SZYMANSKI   Printed Name/Title: SHARON CROFT
SPECIAL AGENT

00015518

FD-597 (Rev. 4-13-2015)                                                                                                     Page 3 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: ~~[redacted]~~ 3113649

On (date): 10/8/2020     Item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): BARRY GORDON CROFT JR.
(Street Address): 511 DANIELS COURT
(City): BEAR, DE 19701

Description of Item(s):
- (39) GAS MASK AND FILTERS
- (40) 7 BOXES OF AMMO
- (41) FIREARMS OPTICS
- (42) ONE GLOCK 10MM 15 ROUND MAG + 15 ROUNDS OF 10MM
- (43) ONE GLOCK 10MM 15 ROUND MAG + 15 ROUNDS OF 10MM
- (44) BLACK CLOTH PLASTIC CONTAINER 1000 BLADE AWS
- (45) STEEL CASE 223
- (46) 2 PLASTIC BAGS WEED GREEN POUCH
- (47) RADIO AND RADIO ACCESSORIES
- (48) MARIJUANA AND PARAPHANALIA
- (49) 3%ER AMERICAN/DIXIE FLAG PATCHES
- (50) WINCHESTER PRIMERS
- (51) PROPANE CANISTERS (4)
- (52) ONE GREEN PLASTIC STORAGE CONTAINER + CAMBRIDGE WRITING PAD W/LISTING LOCATIONS
- (53) SHOTGUN BANDALIER
- (54) PLASTIC FIREARM ACCESSORY - MICRO CONVERSION KIT
- (55) TWO .556 x 45 PMAGS
- (56) DELAWARE BOOGALOO FLAG
- (57) One Sword Brown Case

Received By: _[signature]_ (Signature)
Printed Name/Title: THOMAS SZYMANSKI, SPECIAL AGENT

Received From: _[signature]_ (Signature)
Printed Name/Title: SHARON CROFT

FD-597 (Rev 8-11-94)

Page 4 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 3113649

On (date) 10/8/2020

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) BARRY GORDON CROFT JR.
(Street Address) 511 DANIELS COURT
(City) BEAR, DE 19701

Description of Item(s): (58) DP-12 S/N DP-12619
(59) FIREWORKS

*NOTHING FURTHER FOLLOWS*

Received By: (Signature)
THOMAS SZYMANSKI, SPECIAL AGENT

Received From: (Signature)
SHARON CROFT

00015520