# EXHIBIT C
Alleged "Cipher"

| A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ?.. | < | ·\|· | v | & | ) | + | ( | * | ¿ | ¿ | / | Nothing |
| ↶p↷ |   | ∅ | ⋈ | = | — | o | > |   | = | ⫲ | = | / Any Emoji |
| ↶p↷ | + | ⊂ | * | = | ·¿ | & | / | ? | < | ÷ | .; | Δ |
| M | \|·· | ·\|\| | ·\|\| | ···\| | ·· \| | —— | ···  | ·\|· | 9 | ·\|\|·· | ✓ | & | \|· |
| \|··\| |   | ·6 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 | \|\|\| | ≡ |

| N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ·¿ | x | > | ● | x | = | ⇄ Switch Week Days | & | ● | @ | # | ● | space! use Randomly |
| ∞ | — | ∠ | % | ¿. | ) | ∏ | ≡ | ⊙ | ( | N | N | ♡ under dash |
| ● | — | P | v | # | ) | ∏ | ∭ | @ | — | = | — | Any Emoji nothing |
| ≡ | ·\|·· | \|·\| | ·\|\|\| | ·· | ···· | \|\|· | ··\|· | \|·\|· | ·\| | \|·· | \|··· | \|\|\|\| |
|   | • Sunday ··· | • Monday ··· | • Tuesday ··· | • Wednesday ··· | • Thursday ··· | • Friday ··· | • Saturday ··· |   |   |   |   | ☼ — = Seperate using Code for Number sequence. |