UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
                Plaintiff,        Case No. 1:20-cr-00183-RJJ

                                     Hon. Robert J. Jonker
                                     Chief United States District Judge

v.

**BARRY CROFT,**
                Defendant.
_____/

**CORRECTED MOTION FOR JOINDER IN CO-DEFENDANTS' MOTIONS**

Barry Gordon Croft, Jr., by his counsel, Joshua Blanchard, who having reviewed the motions filed by his co-defendants, moves this Court to join in the following motions filed by his co-defendants:

1. Mr. Fox's Motion for Special Jury Instruction based on *Brandenburg v. Ohio*, ECF No. 219, PageID.1170-1171; ECF No 220, PageID.1172-1187.

2. Mr. Fox's Motion for Special Jury Instruction based on *Strictissimi Juris,* ECF No 221, PageID.1218-1219; ECF No. 222, PageID.1220-1229.

3. Mr. Franks' Motion for Individual Jury Questionnaires, ECF No. 228, PageID.1261-1265.

4. Mr. Harris' Motion to Compel Identification of Exculpatory Evidence, ECF No. 234, PageID.1288; ECF No. 235, PageID.1289-1293.

1

5. Mr. Harris' Motion to Compel Prosecutor to Identify Co-Conspirator Statements, ECF No. 238, PageID.1300; ECF No. 239, PageID.1301-1304.

6. Mr. Franks' Motion for Disclosure of All Records Related to Confidential Human Sources, ECF No 258, PageID.1400-1418[1].

This is request is made by reference to conserve judicial resources and avoid duplicative briefing.

WHEREFORE, the Defendant, Barry Gordon Croft, Jr., respectfully requests this Court grant his motion to join in the above-described motions filed by his co-defendants.

Respectfully submitted:

Dated: August 23, 2021

/s/ Joshua A. Blanchard
Joshua A. Blanchard (P72601)
BLANCHARD LAW
Attorney for Barry Gordon Croft, Jr.
309 S. Lafayette St Ste 208
PO Box 938
Greenville, MI 48838
josh@blanchard.law

---

[1] Mr. Croft previously sought to join in this motion when it was filed as an exhibit to Mr. Franks' motion to exceed the word count. *See* ECF No. 250, PageID.1372. Mr. Croft is filing this corrected motion to join citing to Mr. Franks' docketed motion at ECF No. 258.