FD-1087a (Rev. 5-8-10)

**UNCLASSIFIED**

# FEDERAL BUREAU OF INVESTIGATION
## Evidence Entry

**Event Title:** (U) Search of Ford F-150 truck  **Date:** 10/08/2020

**Approved By:** HINES CHRISTINE A

**Drafted By:** HINES CHRISTINE A

**Case ID #:** 266T-DE-3255044   (U) Ty Garbin
                                  Militia Extremism

**Collected From:** (U) Ty Garbin

**Receipt Given?:** No

**Holding Office:** DETROIT

| Item Type | Description |
|---|---|
| 1B Firearm | (U) Glock 19 9mm, S/N BDGE702<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Firearm Type: Weapon<br>Make: Glock<br>Model: 19<br>Caliber: 9 mm<br>Serial #: BDGE702<br>Weapon is visually certified safe or rendered inoperable?: Yes<br>Certified Safe By: HARRIS H DANN II |
| 1B Firearm | (U) Rock Island Armory .22, S/N RIA2116581<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Location Area: Location D<br>Firearm Type: Weapon<br>Make: Rock Island Armory<br>Model: 14Y<br>Caliber: 22 |

**UNCLASSIFIED**

Exhibit 1

**UNCLASSIFIED**

Title: (U) Search of Ford F-150 truck
Re: 266T-DE-3255044, 10/08/2020

                Serial #: RIA2116581
                Weapon is visually certified safe or rendered inoperable?: Yes
                Certified Safe By: HARRIS H DANN II

1B Firearm        (U) CMMG MK4 rifle, S/N SWT05327
                Collected On: 10/07/2020 11:50 PM EDT
                Seizing Individual: BOWERS ELI
                Located By: STEELE NATHAN R
                Location Area: Location D
                Firearm Type: Weapon
                Make: CMMG
                Model: MK4
                Caliber: 223/556
                Serial #: SWT05327
                Weapon is visually certified safe or rendered inoperable?: Yes
                Certified Safe By: HARRIS H DANN II

1B Firearm        (U) Mossberg Silver Reserve .410 shotgun, S/N TR410009911
                Collected On: 10/07/2020 11:50 PM EDT
                Seizing Individual: BOWERS ELI
                Located By: STEELE NATHAN R
                Location Area: Location D
                Firearm Type: Weapon
                Make: Mossberg
                Model: Silver Reserve
                Caliber: .410
                Serial #: TR410009911
                Weapon is visually certified safe or rendered inoperable?: Yes
                Certified Safe By: HARRIS H DANN II

1B General        (U) Silver silencer
                Collected On: 10/07/2020 11:50 PM EDT
                Seizing Individual: BOWERS ELI
                Located By: STEELE NATHAN R
                Location Area: Location D

**UNCLASSIFIED**

2

Exhibit 1

**UNCLASSIFIED**

Title: (U) Search of Ford F-150 truck
Re: 266T-DE-3255044, 10/08/2020

| | |
|---|---|
| 1B General | (U) Bronze silencer, S/N TY001 30 cal<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Location Area: Location D |
| 1B General | (U) Garmin GPS-Model 645T<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Location Area: Location D |
| 1B General | (U) Remington 410 shotgun shells in box SSLA<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Location Area: Location D |
| 1B General | (U) Sightmark goggle NV kit, model SM14070<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Location Area: Location D |
| 1B Digital | (U) Apple I-Pad, S/N DMPZN02PMF3Q<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R<br>Device Type: Laptop/Tablet Computer<br>Make: Apple<br>Model: I-Pad<br>Serial Number: DMPZN02PMF3Q<br>Number of Devices Collected: 1 |
| 1B General | (U) Tenpoint Stealth NXT Crossbow, S/N 2025816<br>Collected On: 10/07/2020 11:50 PM EDT<br>Seizing Individual: BOWERS ELI<br>Located By: STEELE NATHAN R |

**UNCLASSIFIED**

Exhibit 1

**UNCLASSIFIED**

Title: (U) Search of Ford F-150 truck
Re: 266T-DE-3255044, 10/08/2020

1B General        (U) Black Bravo concealment holster for Glock 19, 23, 32
                  Collected On: 10/07/2020 11:50 PM EDT
                  Seizing Individual: BOWERS ELI
                  Located By: STEELE NATHAN R
                  Location Area: Location D

1B General        (U) .22 magazine empty
                  Collected On: 10/07/2020 11:50 PM EDT
                  Seizing Individual: BOWERS ELI
                  Located By: STEELE NATHAN R
                  Location Area: Location D

1B General        (U) 9mm loaded magazine and 1 CCLA
                  Collected On: 10/07/2020 11:50 PM EDT
                  Seizing Individual: BOWERS ELI
                  Located By: STEELE NATHAN R
                  Location Area: Location D

1B General        (U) 2 tactical flashlights
                  Collected On: 10/07/2020 11:50 PM EDT
                  Seizing Individual: BOWERS ELI
                  Located By: STEELE NATHAN R
                  Location Area: Location D

1B General        (U) 556 magazine
                  Collected On: 10/07/2020 11:50 PM EDT
                  Seizing Individual: BOWERS ELI
                  Located By: STEELE NATHAN R
                  Location Area: Location D

1B General        (U) Employment IDs for DTW Ty Garbin
                  Collected On: 10/07/2020 11:50 PM EDT
                  Seizing Individual: BOWERS ELI
                  Located By: STEELE NATHAN R
                  Location Area: Location D

1B General        (U) Firearms registration Ty Garbin
                  Collected On: 10/07/2020 11:50 PM EDT

**UNCLASSIFIED**

Exhibit 1

**UNCLASSIFIED**

Title:  (U) Search of Ford F-150 truck
   Re:  266T-DE-3255044, 10/08/2020

                    Seizing Individual:  BOWERS ELI
                    Located By:  STEELE NATHAN R
                    Location Area:  Location D

1B General          (U) Code cipher
                    Collected On:  10/07/2020 11:50 PM EDT
                    Seizing Individual:  BOWERS ELI
                    Located By:  STEELE NATHAN R
                    Location Area:  Location D

1B General          (U) Tan Drago rifle bag
                    Collected On:  10/07/2020 11:50 PM EDT
                    Seizing Individual:  BOWERS ELI
                    Located By:  STEELE NATHAN R
                    Location Area:  Location D

1B General          (U) Black shotgun case
                    Collected On:  10/07/2020 11:50 PM EDT
                    Seizing Individual:  BOWERS ELI
                    Located By:  STEELE NATHAN R
                    Location Area:  Location D

♦♦