

**Thor** REDACTED

- Shawn and Mike both have to work tomorrow — 6:39 PM
- Roger — 6:52 PM
- Try beaker or brandon? — 6:53 PM
- Ask adam first — 6:55 PM
- Beaker is working and has a date. Asking Brandon — 7:06 PM
- You ok with this beaker friend? — 7:17 PM
- Not seeing the chats at the moment — 7:22 PM
- Beaker has to work recommended a friend but his friend will show at ftx — 7:23 PM
- Phelps? — 7:32 PM
- Maybe he's a contractor will be at ftx — 7:41 PM
- Would you want 2 trips or wait til we

00111892



00111893