



00111918