

00111939





00111945