THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———————————————

THE UNITED STATES OF AMERICA,

        Plaintiff,

v.

ADAM FOX,
BARRY CROFT, JR.,
DANIEL HARRIS,
KALEB FRANKS, and
BRANDON CASERTA,

        Defendants.

Case No. 1:20-CR-183

Hon. Robert J. Jonker
Chief U.S. District Court Judge

—————————————————————————————————————

## JOINT PROPOSED JURY QUESTIONNAIRE
—————————————————————————————————————

Defendants by Kaleb Franks, through counsel Scott Graham, and on behalf of all parties in this matter, offers the following proposed extended juror questionnaire, following his July 12, 2021 motion for leave to propose an extended juror questionnaire, codefendants' joining in that motion, and the Court's granting leave to submit such a proposed questionnaire. *See* RE. 228: Motion to Allow Submission of Juror Questionnaire, PageID # 1261-64; *see also* RE. 257: Order, PageID # 1399.

Counsel has consulted with the government and to portions to which it objects are noted in bold-face, underlined text.

Respectfully Submitted,

Dated: September 2, 2021

/s/ Scott Graham
SCOTT GRAHAM
1911 West Centre Ave., Suite C
Portage, MI 49024-5399
sgraham@scottgrahampllc.com
(269) 327-0585

## *Case Introduction*

As a potential juror in this case, you may feel some curiosity about the parties involved and the accusations in play. This section will give you a quick look at what this case involves. But before you consider the charges, it's important to remember that in our system of criminal justice (and this is a criminal case), a person is presumed innocent. Just because the government has accused them of something does *not* mean they are guilty. In fact, the government's accusations mean nothing until the government proves—beyond a reasonable doubt—that the accusations are true. And that's where you would come in. As a juror, it would be up to you to decide whether the government had carried its burden and proved—again, beyond a reasonable doubt—that the people on trial had indeed done what the government had accused them of doing.

So that's where we start: the defendants are innocent until proven guilty. Next, we can discuss the government's accusations. Here, the government has charged the defendants with conspiring to kidnap the governor of Michigan. It has also alleged that some (but not all) the defendants conspired to use weapons of mass destruction to blow up a bridge in Northern Michigan and that some (but not all) of the defendants possessed "destructive devices" or illegal firearms. The government has alleged that the defendants wanted to take these actions because of the governor's unconstitutional lockdown orders during the COVID-19 pandemic. Each

**defendant has denied the allegations, and again, they are presumed innocent.**

### *General Instructions*

So now, you come in. This questionnaire aims to help the Court get a better feel for your position on the issues involved in this case and any exposure you've had to media reports related to these matters. The questions here are not intended to unnecessarily inquire into personal matters, and all information obtained will be kept confidential and under seal.

You are sworn to give true and complete answers. Your answers will be available only to the Court and the attorneys for the parties. The individual questionnaires themselves belong to the Court, and all copies will be returned to the Court. **Please do not discuss this case or your questionnaire with anyone, including your family, fellow jurors, and the media.**

Although some of the questions may appear very personal, please understand that the Court and the parties must learn enough information about each potential juror's background and experiences to select a fair and impartial jury. Your cooperation is vital. Please answer each question as fully and completely as possible. Your complete candor and honesty are necessary, so that **both the prosecution and the defense [government requests "both sides"]** will have a meaningful opportunity to select an impartial jury. You must answer all questions to the best of your ability. If you do not know the answer to a question, you can write "I don't know." If the question does

not apply to you, write "N/A." Please fill out the entire questionnaire, and  DO NOT

LEAVE ANY QUESTION BLANK. It is important that the answers be yours alone. If

you need more space for your responses, or want to explain any of your answers,

please use the Explanation Sheets at the end of this questionnaire. Please identify the

question you are answering on the Explanation Sheet before you write your response

or comment. Please do not write on the back of any sheet.

Also, please keep in mind that there are no "right" or "wrong" answers.

Complete answers are far more helpful than incomplete answers. And also

please remember that *you are sworn to give true and complete answers to all*

*questions.*

Unless the question states otherwise, the fact that a particular question

is asked does *not* imply that the subject matter of the question is an issue in

this case. As you read the questions, you should *not* draw any conclusions about

the issues in this case.

**PLEASE PRINT OR WRITE LEGIBLY. And again, please do not**

**write on the back of any sheet of this questionnaire. Please be sure to**

**put your juror number on each page. When you have finished**

**answering these questions, you must sign your name. On that**

**signature page, you are affirming the accuracy of your answers.  That**

**page will be removed by court staff and will not be shown to any party.**

**Juror Questionnaire**

Juror Number: _____

### *Section I: Personal Background*

Juror's Number: _____

1. Gender: _____

2. Age: _____

3. Place of Birth:

4. **What is your ethnic background?**

   _____ **White/Caucasian (not Hispanic)**
   _____ **Black/African-American (not Hispanic)**
   _____ **Hispanic/Latino**
   _____ **Asian or South Asian**
   _____ **American Indian or Native American**
   _____ **Other                                    (please specify)**

5. In what town, city, or county do you currently live? _____

6. Length of time at current address: _____

7. How long have you lived in Western Michigan? _____

8. If you have lived less than five years at your current address, please indicate your prior town or community.

   _____

9. Have you lived outside of Michigan at any time?

   _____ Yes                    _____ No

   If so, for how long (total)?

   _____ Less than a year          _____ Between 1 and 5 years

   _____ Between 5 and 10 years _____ More than 10 years

10. What is your current marital/domestic status? (Check all that apply.)

Juror Number: _____

_____ Married  _____ Divorced  _____ Widowed

_____ Separated  _____ Divorced & Remarried

_____ Domestic Partnership  _____ Widowed & Remarried

_____ Single  _____ Single Living with Someone/Others
(including roommates)

_____ Married/In Partnership and Also Living with Others \_\_\_\_ Other

11. If you have children or stepchildren, please list them:

| | Sex | Age | Live with you? | Education Level | Occupation |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

12. Do you read, speak, write, and understand English?

\_\_\_\_ Yes, without difficulty
\_\_\_\_ Yes, with difficulty
\_\_\_\_ No

13. Are you a U.S. Citizens?

_____ Yes _____ No

14. What is your occupational status? (Check all that apply.)

\_\_\_\_\_ Work full-time outside the home \_\_\_\_\_ Student
\_\_\_\_\_ Work part-time outside the home \_\_\_\_\_ Retired
\_\_\_\_\_ Full-time homemaker  \_\_\_\_\_ Disabled
\_\_\_\_\_ Homemaker + part-time employment \_\_\_\_\_ Unemployed
\_\_\_\_\_ Other (please explain): _____

Juror Number: _____

15.     If you are a student, what type of school do you attend (undergraduate, graduate, technical, vocational, business)?

_____

Are you:

Full-time _____          Part-time _____

16.     Without giving your place of employment, please state your current occupation and duties:

_____
_____
_____

17.     Do you manage people?

_____ Yes     _____ No

If yes, how many people? _____

18.     How long have you held this job?     _____

19.     Please list all prior occupations or jobs during the past 5 years:

| Occupation | Length of Employment |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

20.     If you are married/in a domestic partnership, what is your spouse's/significant other's occupation?

_____ Work full-time outside the home          _____ Student
_____ Work part-time outside the home          _____ Retired
_____ Full-time homemaker                              _____ Disabled

Juror Number: _____

_____ Homemaker + part-time employment   _____ Unemployed

_____ _____ Other (please explain): _____

_____

21.   Without giving their place of employment, please state their current occupation and duties:

_____

_____

_____

22.   Check the highest level of education for you and your spouse/domestic partner/significant other:

|  |  | You | Spouse/domestic partner/significant other |
|---|---|---|---|
| (a) | Grade school or less | _____ | _____ |
| (b) | Some high school | _____ | _____ |
| (c) | High-school graduate | _____ | _____ |
| (d) | Technical or business school | _____ | _____ |
| (e) | Some college | _____ | _____ |
| (f) | College degree | _____ | _____ |
| (g) | Graduate work or degree | _____ | _____ |

23.   Do you have any education, training or employment experience in any of the following fields:

|  |  | Yes | No | Some |
|---|---|---|---|---|
| (a) | Security, intelligence | _____ | _____ | _____ |
| (b) | Private investigations | ____ | ____ | ____ |
| (c) | Law | ____ | ____ | ____ |
| (d) | Medicine | ____ | ____ | ____ |
| (e) | Psychology, psychiatry, or social work | ____ | ____ | ____ |
| (f) | Corrections (work in prisons/jails) | ____ | ____ | ____ |
| (g) | Religion and/or philosophy | ____ | ____ | ____ |
| (h) | Criminal justice | ____ | ____ | ____ |
| (i) | Journalism, media, communications | ____ | ____ | ____ |
| (j) | Computer or information technology | ____ | ____ | ____ |
| (k) | Law enforcement | ____ | ____ | ____ |

Juror Number: _____

If yes, please explain the nature and extent of the education, training, or employment experience: _____

_____

24. Does your spouse/domestic partner/significant other, or another member of your immediate family, have any education, training, or employment experience in any of the following fields:

|     |     | Yes | No | Some |
|-----|-----|-----|-----|------|
| (a) | Security, intelligence | ___ | ___ | ___ |
| (b) | Private investigations | ___ | ___ | ___ |
| (c) | Law | ___ | ___ | ___ |
| (d) | Medicine | ___ | ___ | ___ |
| (e) | Psychology, psychiatry, or social work | ___ | ___ | ___ |
| (f) | Corrections (work in prisons/jails) | ___ | ___ | ___ |
| (g) | Religion and/or philosophy | ___ | ___ | ___ |
| (h) | Criminal justice | ___ | ___ | ___ |
| (i) | Journalism, media, communications | ___ | ___ | ___ |
| (j) | Computer or information technology | ___ | ___ | ___ |
| (k) | Law enforcement | ___ | ___ | ___ |

If yes, please explain the nature and extent of the education, training, or employment experience: _____

_____

25. Have you ever received in-patient treatment, or been under a doctor's care, for any type of mental or psychiatric condition, including mood disorders, **or treatment for alcohol or drug abuse?**

Juror Number: _____

### *Section II: Firearms and Explosives*

1. Do you own a firearm?

   _____ Yes          _____ No

2. Does anyone else in your household own a firearm?

   _____ Yes          _____ No

3. Do you hunt/have you hunted? (Check all that apply.)

   _____ Yes, with a firearm

   _____ Yes, with a bow

   _____ Yes, with another weapon

   _____ No

4. Does anyone in your household (including you) have a permit to carry a concealed weapon (CCW/CPL)?

   _____ Yes _____ No

5. Do you have experience or training with explosive devices?

   _____ Yes _____ No

   If so, please explain:

   _____
   _____

6. Please explain your view on whether citizens should have the right to bear arms.

   _____
   _____
   _____

Juror Number: _____

7. Do you belong to, or have you donated anything of value to, any organization that advocates with regard to the SecondAmendment or gun control?

_____ Yes    _____ No

Please explain: _____

_____

_____

Juror Number: _____

### *Section III: Military Service*

1. Have you (or has anyone in your household) ever served in the armed forces, including the reserves, National Guard, or ROTC?

    _____ Yes    _____ No

    If yes, please answer the following:

    |     |                                                                                                | You            | Spouse/ Partner |
    | --- | ---------------------------------------------------------------------------------------------- | -------------- | --------------- |
    | (a) | Branch and highest rank                                                                        | _____     | _____      |
    | (b) | Dates of service                                                                               | _____     | _____      |
    | (c) | Place of service                                                                               | _____     | _____      |
    | (d) | Type of discharge                                                                              | _____     | _____      |
    | (e) | Any experience with courts martial, military police, shore patrol, or other area of military law enforcement? | _____ | _____ |
    | (f) | Did you or they have any combat experience?                                                    | _____     | _____      |

    If so, identify location and years: _____

    _____

Juror Number: _____

### *Section IV: Hobbies, Pastimes, Community Service, and Organizations*

Please list organizations to which you or your spouse or domestic partner or significant other belong, or in which either of you participate (or in which you have participated within the past five years). (Please, include any civic, social, religious, charitable, volunteer, political, sporting, professional, business, union, fraternal, or recreational groups. For example, Kiwanis, Rotary Club, Knights of Columbus, Veterans of Foreign Wars, American Legion, American Civil Liberties Union, National Rifle Association, League of Women Voters, a local yacht or golf club, or a local sports organization.)

Self: _____
_____
_____
_____

Spouse/domestic partner/significant other: _____
_____
_____
_____

Have you ever held an office or title in any of these organizations?

_____ Yes   _____ No

If yes, please list: _____
_____
_____
-

Have you, any member of your family or household, or any close friend ever run for, or held, an elected or appointed office in federal, state, or local government?

_____ Yes   _____ No

If yes, please describe: _____
_____
_____

Juror Number: _____

Have you, any member of your family or household, or any close friend ever belonged to a militia?

_____ Yes   _____ No

If so, what was the name of that militia?

_____

_____

Have you ever participated in a protest or civil demonstration?

_____ Yes   _____ No

If yes, please describe: _____

_____

_____

Were you affected by the protests in Grand Rapids in the summer of 2020?

_____ Yes   _____ No

If yes, please describe: _____

_____

_____

Juror Number: _____

### *Section V: COVID-19*

1.  During the 2020/2021 COVID-19 lockdowns **[Government proposes to call this a "restriction on activities"]**, was your employment affected? If so, how?

    _____
    _____

2.  Do you have any concerns related to COVID-19, which would prevent you from being able to serve as a juror during a **6-to-8-week** trial?

    _____
    _____

3.  Do you have any strong feelings about masks?

    _____ Yes   _____ No

    If yes, please explain.

    _____
    _____

4.  **Please explain your views on a citizen's freedom of speech, association, and religion.**

    _____
    _____

5.  Would a witness's or attorney's use of a mask affect your feelings about credibility?

    _____ Yes   _____ No

    If yes, please explain.

    _____
    _____

6.  Regarding Governor Whitmer's leadership during the pandemic, please check all statements below that apply to you:

    _____ I am relatively satisfied with how she has handled the pandemic

    _____ I am relatively dissatisfied with how she has handled the pandemic

Page 16

Juror Number: _____

_____ I feel neutral regarding how she has handled the pandemic

_____ I have strong positive feelings about how she has handled the pandemic

_____ I have strong negative feelings about how she has handled the pandemic

Juror Number: _____

### *Section VI: Prior Jury Service*

1.      Have you served as a juror before?

_____ Yes   _____ No

If yes, please complete the following for each trial on which you served as a juror:

| When did youserve? | In what court? | Criminal orCivil? | Charges/ Allegations? | What verdict did the jury reach? |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

2.   Have you ever served as a jury foreperson?

_____ Yes   _____ No

3.   Have you ever had an experience with jury service or a jury summons that left you disappointed or dissatisfied with our justice system or jury service?

_____ Yes   _____ No

If so, please explain:

_____

_____

Juror Number: _____

4.  Have you ever served on a grand jury?

_____   If yes, please complete the following for each grand jury on which you served:

| When did you serve? | In what court? |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Juror Number: _____

### *Section VII: Media Exposure*

To which of the following sources do you turn for news (please check all that apply)?

_____ Newspapers          _____ Radio          _____ Television          _____ Blogs

_____ Facebook          _____ Twitter          _____ LinkedIn

_____ TikTok          _____ Instagram          _____ YouTube

_____ Huffington Post          _____ News Websites like Yahoo News or Google News

_____ Media Websites like CNN's of Fox News'          _____ Apple News

_____ None          _____ Other

If other, please describe:

_____

_____

Which social-media platforms do you use (please check all that apply)?

_____ None          _____ Facebook          _____ Twitter          _____ LinkedIn

_____ TikTok          _____ Instagram          _____ Pinterest          _____ Reddit

_____ Snapchat          _____ Messaging Apps like WhatsApp          _____ Other

_____ Telegram

If other, please describe:

_____

_____

Juror Number: _____

Do you maintain, edit, or contribute to any newspapers, magazines, journals, blogs, YouTube accounts, or other media/news sources?

_____ Yes   _____ No

If so, please explain:

_____

_____

Do you have a personal or professional website?

_____ Yes   _____ No

If so___, please explain:

_____

_____

If you use social media, how often do you access your account(s)?

_____ Multiple times a day      _____ Daily      _____ A few times a week

_____ Weekly      _____ A few times a month      _____ Monthly

_____ Less than monthly

How often do you post to your account(s)?

_____ Multiple times a day      _____ Daily      _____ A few times a week

_____ Weekly      _____ A few times a month      _____ Monthly

_____ Less than monthly

Juror Number: _____

If you are chosen as a juror, and while you participate in the jury-selection process, you will not be permitted to read/listen to/watch any media or Internet coverage of this case and related subjects. Will you be able to comply with these restrictions?

_____ Yes     _____ No

If not, please explain:

_____

_____

If you are chosen as a juror, and while you participate in the jury-selection process, you will not be permitted to make any sort of social-media posts about this case and related subjects. And you will not be permitted to discuss this case, and related subjects, with anyone. Will you be able to comply with these restrictions?

_____ Yes     _____ No

If not, please explain:

_____

_____

Have you read/listened to/seen any news accounts related to the alleged conspiracy to kidnap Michigan Governor Gretchen Whitmer?

_____ Yes     _____ No

If you have been exposed to any news accounts, how would you describe that exposure? (Please check all that apply.)

_____ I did not have exposure or pay attention to any news on this topic

_____ I saw/read/listened to one or two news pieces

_____ I followed the story when it first came out last year, but I haven't kept up with it

_____ I have read news accounts related to the story in the last few months

_____ I have read news accounts related to the story in the last few weeks

_____ I have paid close attention to the story

_____ I have seen news on this topic in passing, but I haven't sought it out

_____ I have sought out news on this topic

_____ I am familiar with the names of the parties/attorneys involved

_____ I would describe myself as relatively knowledgeable on the subject

Juror Number: _____

_____ I would not describe myself as relatively knowledgeable on the subject

_____ I have strong feelings about the way the media have handled the story (if you check this selection, please describe here)

_____

_____

Regarding news sources reporting on the alleged conspiracy, please check all statements that apply to you:

_____ I have not read/seen/listened to news stories on this topic

_____ I have read/seen/listened to news stories from NPR

_____ I have read news stories from BuzzFeed

_____ I have read news stories from local news sources, like MLive, ABC Chicago, and the Detroit Free Press

_____ I have seen/read news stories from social-media sources

_____ I have read/seen/listened to news stories from national news networks like The Washington Post and The New York Times

_____ I have seen/read/listened to news stories from other sources (please describe here)

_____

_____

Do you have any knowledge (from news sources or elsewhere) of topics related to:

_____ The Wolverine Watchmen          _____ The 3%ers or Three Percenters

_____ The Boogaloo Bois or Boys or Movement

_____ Law-enforcement entrapment

_____ Law-enforcement use of undercover agents and informants

Given any exposure to news of this alleged conspiracy, do you have any feelings about the guilt or innocence of the alleged conspirators?

_____ I do not have an opinion on their guilt or innocence

_____ I have some feeling that they could be guilty

_____ I have some feeling that they are not guilty

_____ I have a strong feeling that they could be guilty

_____ I have a strong feeling that they are not guilty

Juror Number: _____

Given any exposure to news of this alleged conspiracy, do you have any feelings about the law-enforcement tactics used to conduct the undercover operation?

_____ I do not have an opinion on these tactics

_____ I have some feeling that the government overstepped the boundaries of ethical investigation

_____ I feel strongly that the government overstepped the boundaries of ethical investigation

_____ I do not feel that the government overstepped the boundaries of ethical investigation


Have you talked about these kidnapping-conspiracy allegations with friends or loved ones?

_____ Yes _____ No


Do you feel like your exposure to news stories on these topics would affect your ability to sit as an impartial juror in this case?

_____ Yes _____ No


Please explain your answer:

_____

_____

Juror Number: _____

### *Section VIII: Criminal Justice*

1.  Are you (or a member of your household or a close friend/relative) a member of a neighborhood crime-watch or prevention group?

    _____ Yes   _____ No

    If yes, please identify the group and describe that participation: _____
    _____
    _____

2.  Have you (or a member of your household or a close friend/relative) ever been the victim of, or a witness to, a crime, whether or not that crime was reported to law-enforcement authorities?

    _____ Yes   _____ No

    If yes, please explain: _____
    _____
    _____

3.  **Have you (or a member of your household or a close friend/relative) ever been the subject of a search by law enforcement, with or without a warrant?**

    _____ Yes   _____ No

    If yes, please explain: _____
    _____
    _____

Juror Number: _____

4.  Have you (or a member of your household or a close friend/relative) ever been questioned about, accused of, investigated for, arrested for, charged with, or convicted of a crime (other than a minor traffic offense)?

_____ Yes   _____ No

If yes, please provide the following:

| Relationship to person charged (e.g., self, sister) | Crime(s) charged | Case outcome | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

5.  Have you ever appeared in court, or in any legal proceeding (civil or criminal), as a plaintiff, defendant, victim, or witness for any reason other than as explained above?

_____ Yes   _____ No

If yes, please explain: _____
_____
_____

6.  \_\_\_\_ _____Do you have any strong feelings about local, state, or federal law enforcement?

_____ Yes   _____ No

If yes, please explain: _____
_____
_____

7.  **Do you believe that if the prosecution brings a person to trial, that person is probably guilty?**

**_____ Yes      \_\_\_\_ No      \_\_\_\_ Unsure**

8.  **Do you believe that innocent people are sometimes convicted of**

Juror Number: _____

**crimes they did not commit?**

      **Yes**        **No**       **Unsure**

Juror Number: _____

### *Section IX: Political Concerns*

1. How would you describe any exposure you have had to media accounts of the January 6, 2021 events at the U.S. Capitol? (Please check all that apply.)

_____ I did not have exposure or pay attention to any news on this topic

_____ I saw/read/listened to one or two news pieces

_____ I followed the story when it first came out earlier this year, but I haven't kept up with it

_____ I have read news accounts related to the story in the last few months

_____ I have read news accounts related to the story in the last few weeks

_____ I have paid close attention to the story

_____ I have seen news on this topic in passing, but I haven't sought it out

_____ I have sought out news on this topic

_____ I would describe myself as relatively knowledgeable on the subject

_____ I would not describe myself as relatively knowledgeable on the subject

_____ I have strong feelings about the way the media have handled the story (if you check this selection, please describe here)

_____

_____

_____ I have strong feelings about the event (if you check this selection, please describe here)

_____

_____

2. Regarding the State of Michigan's government, please check all statements below that apply to you:

_____ I am relatively satisfied with how the state is governed generally

_____ I am relatively dissatisfied with how the state is governed generally

_____ I feel neutral with regard to how the state is governed generally

_____ I am relatively satisfied with Governor Whitmer's leadership

_____ I am relatively dissatisfied with Governor Whitmer's leadership

_____ I feel neutral with regard to Governor Whitmer's leadership

Juror Number: _____

3.  With regard to the State of Michigan's government and Governor Whitmer's leadership, do you have any strong feelings that could prevent you from serving as an impartial juror in this case related to an alleged conspiracy to kidnap the governor?

_____ Yes    _____ No

If yes, please explain: _____

_____

_____

Juror Number: _____

## EXPLANATION SHEET #1

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____

## EXPLANATION SHEET #2

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror Number: _____

## AFFIRMATION

I,_____, hereby declare under penalty of
perjury that the answers I have provided in this jury questionnaire are true and
correct to the best of my knowledge. I have not discussed my answers with others
or received assistance in completing the questionnaire. I have answered all the
above questions in this questionnaire myself.

Executed in the Western District of Michigan, on this____day of
September, 2021.

_____
Signature

# ATTACHMENT

Juror No: _____

## SUMMARY OF CASE

The indictment alleges that the defendants in this case conspired to kidnap the Governor of Michigan. It also alleges that some of them conspired to use weapons of mass destruction to blow up a bridge in Northern Michigan and that some of the defendants possessed "destructive devices" or illegal firearms. The government's theory of the case involves that the defendants were motivated to take such action in response to the Governor's unconstitutional lockdown orders during the COVID-19 pandemic.

Defendants are charged with a number of offenses, including conspiracy to kidnap the Governor; conspiracy to use weapons of mass destruction; possession of destructive devices; and possessing a firearm not registered in the National Firearm Registration and Transfer Record. All of the defendants are not charged in every count. Some of the charged offenses include allegations against just one or two of the defendants. However, the exact charges will be more fully explained as the jury selection process proceeds.

Each defendant denies the allegations from the indictment and is presumed innocent of the government's allegations.

> **Commented [A1]:** The government objects to the inclusion of any summary of the case. Telling jurors what the case is about would likely corrupt the process of jury selection. If prospective jurors know what the case is about before they begin completing a questionnaire, they may alter their answers to fit their own personal interests in either serving or not serving on the jury.

Juror No: _____

General Instructions:

This questionnaire is designed to obtain information about you, to use in deciding your qualifications to serve as a juror in this case. The purpose of these questions is to determine whether prospective jurors can impartially decide this case based upon the evidence presented at trial and the instructions on the law given by the presiding judge. The questions are not intended to unnecessarily inquire into personal matters; all information obtained will be kept confidential and under seal.

You are sworn to give true and complete answers. Your answers will be available only to the court and the parties. The questionnaires belong to the court and all copies will be returned to the court. You are instructed not to discuss this case or the questionnaire with anyone, including your family, fellow jurors or the media.

**Commented [A2]:** If there is no summary of the case, then this sentence is superfluous, so the government asks that it be stricken.

Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury. Your cooperation is of vital importance. Please answer each question as fully and completely as possible. Your complete candor and honesty is necessary so that both ~~the prosecution and the defense~~sides will have a meaningful opportunity to select an impartial jury.

**Commented [A3]:** Prospective jurors should not be able to determine whether they will be called in a civil or criminal case. Telling jurors the type of case could corrupt the process of jury selection. Accordingly, the government objects to the mention of "the prosecution and the defense." The language "both sides" makes the point of this sentence without revealing any case information.

You must answer all the questions to the best of your ability. If you do not know the answer to a question then write, "I don't know." If the question does not apply to you, write "N/A."  Please fill out the entire Questionnaire.  DO NOT LEAVE ANY QUESTION BLANK. It is important that the answers be yours alone.  If you need more space for your responses or

Juror No: _____

wish to make further comments regarding any of your answers, please use the Explanation Sheet

at the end of the questionnaire. Put the number of the question you are answering on the

Explanation Sheet before you write your response or comment. Please do not write on the back

of any sheet.

Please keep in mind that there are no "right" or "wrong" answers, only complete and

incomplete answers.  Complete answers are far more helpful than incomplete answers.

Remember, *you are sworn to give true and complete answers to all questions*.

Unless the question states otherwise, the fact that a particular question is asked does not

imply that the subject matter of the question is an issue in this case. As you read the questions,

you are not to draw any inferences about the issues which must be decided in this case. Do not

write on the back of any page. **PLEASE PRINT OR WRITE LEGIBLY, and be sure to put**

**your juror number on each page. When you have finished answering the Questionnaire,**

**you must sign with your name. In that signature page you are affirming the accuracy of**

**your answers.  That page will be removed by court staff and will not be shown to any party.**

Page 3 of  31

Juror No: _____

**PERSONAL BACKGROUND**

Juror's  Number: _____

1.      Gender: _____

2.      Age: _____

3.      Place of Birth:

4.      ~~What is your ethnic background?~~

        ____   ~~White/Caucasian, not Hispanic~~
        ____   ~~Black/African-American, not Hispanic~~
        ____   ~~Hispanic/Latino~~
        ____   ~~Asian or South Asian~~
        ____   ~~American Indian or Native American~~
        ____   ~~Other~~_____
            ~~(please specify)~~

> **Commented [A4]:** The government objects to asking about race, ethnicity, and national origin in the juror questionnaire. The parties do not need advance notice of the racial or ethnic identity of prospective jurors in order to adequately prepare for voir dire.

~~5.~~4.     In what town, city, or county do you currently live? _____

~~6.~~5.     Length of time at current address:  _____

~~7.~~6.     How long have you lived in ~~Southeastern~~ West Michigan?  _____

~~8.~~7.     If you have lived less than five years at your current address, indicate your prior town or community.
_____

~~9.~~8.     What is your current marital/domestic status? **(Check all that apply.)**

    ____   Single/never married          ____   Divorced
    ____   Married____years               ____   Divorced and remarried
    ____   Domestic partner               ____   Widowed
    ____   Separated                      ____   Lives with others

Juror No: _____

~~10.~~9.   If you have children or stepchildren, please list them:

|   | Sex | Age | Live with you? | Education Level | Occupation |
|---|-----|-----|----------------|-----------------|------------|
| 1. |  |  |  |  |  |
| 2. |  |  |  |  |  |
| 3. |  |  |  |  |  |
| 4. |  |  |  |  |  |
| 5. |  |  |  |  |  |

~~11.~~10.   Do you read, speak, write, and understand English?

_____ Yes, without difficulty
_____ Yes, with difficulty
_____  No

~~12.~~11.   Are you a U.S. Citizen~~s~~?

Yes    ___    No    ___

~~13.~~12.   What is your occupational status? (Check all that apply.)

_____ Work full-time outside the home          _____ Student
_____ Work part-time outside the home         _____ Retired
_____ Full-time homemaker                           _____ Disabled
_____ Homemaker with part-time employment   _____ Other: _____
_____ Unemployed

~~14.~~13.   If you are a student, what type of school do you attend (undergraduate, graduate, technical, vocational, business)? _____

Full-time_____          Part-time _____

~~15.~~14.   Without giving your place of employment, please state your current occupation:
_____
_____
_____

Page 5 of  31

Juror No: _____

~~16.~~15.  Check  the following category that best describes your employer:

_____ Federal government agency          _____ Private, for-profit organization
_____ State government agency            _____ Private, not-for-profit organization
_____ County government agency           _____ Self employed
_____ City government agency             _____ Other: _____

~~17.~~16.  Describe what you do: _____
_____
_____
_____

How long have you held this job? _____

~~18.~~17.  Please list all prior occupations or jobs during the past 5 years:

| Occupation | Length of Employment |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

~~19.~~18.  Are you a vendor or a contractor for the United States Government or do you
work for one?
Yes  _____   No  _____

If yes, please describe:

~~20.~~19.  What is your spouse/domestic partner/significant other's occupational status?
(Check all that apply.)

_____ Work full-time outside the home     _____ Student
_____ Work part-time outside the home     _____ Retired
_____ Full-time homemaker                 _____ Disabled
_____ Homemaker with part-time employment _____ Other: _____

Juror No: _____

____    Unemployed

_____

21. 20.  Check the following category that best describes your spouse/domestic
         partner/significant other's employer:

| | |
|---|---|
| _____ Federal government agency | _____ Private, for profit organization |
| _____ State government agency | _____ Private, not-for-profit organization |
| _____ County government agency | _____ Self employed |
| _____ City government agency | _____ Other: _____ |

22. 21.  Without giving the place of employment, what is your spouse/domestic
         partner/significant other's current occupation/job title?

         _____
         _____
         _____

23. 22.  What kind of work did he/she do in the past? _____

         _____
         _____

24. 23.  Check the highest level of education for you and your spouse/domestic
         partner/significant other:

|  |  | You | Spouse/domestic partner |
|---|---|---|---|
| (a) | Grade school or less | _____ | _____ |
| (b) | Some high school | _____ | _____ |
| (c) | High school graduate | _____ | _____ |
| (d) | Technical or business school | _____ | _____ |
| (e) | Some college | _____ | _____ |
| (f) | College degree | _____ | _____ |
| (g) | Graduate work or degree | _____ | _____ |

         If you attended college or received a graduate degree, identify all colleges and graduate
         schools you attended.

         _____
         _____
         _____

25. 24.  Do you have any education, training or employment experience in any of the following
         fields:

|  |  | Yes | No | Some |
|---|---|---|---|---|
| (a) | Security, intelligence | __ | __ | __ |

Juror No: _____

(b)    Private investigations    ____    ____    ____
(c)    Law    ____    ____    ____
(d)    Medicine    ____    ____    ____
(e)    Psychology, psychiatry or social work    ____    ____    ____
(f)    Corrections (work in prisons/jails)    ____    ____    ____
(g)    Religion and/or philosophy    ____    ____    ____
(h)    Criminal justice    ____    ____    ____
(i)    Journalism, media, communications    ____    ____    ____
(j)    Computer or information technology    ____    ____    ____
(k)    Law enforcement    ____    ____    ____

If yes, please explain the nature and extent of the education, training or employment experience: _____

_____

~~26.~~25.  Does your spouse/domestic partner/significant other, or another member of your immediate family have any education, training or employment experience in any of the following fields:

                                         <u>Yes</u>    <u>No</u>    Some

(a)    Security, intelligence    ____    ____    ____
(b)    Private investigations    ____    ____    ____
(c)    Law    ____    ____    ____
(d)    Medicine    ____    ____    ____
(e)    Psychology, psychiatry or social work    ____    ____    ____
(f)    Corrections (work in prisons/jails)    ____    ____    ____
(g)    Religion and/or philosophy    ____    ____    ____
(h)    Criminal justice    ____    ____    ____
(i)    Journalism, media, communications    ____    ____    ____
(j)    Computer or information technology    ____    ____    ____
(k)    Law enforcement    ____    ____    ____

If yes, please explain the nature and extent of the education, training or employment experience: _____

_____

## MENTAL HEALTH HISTORY

~~27.~~26.  Have you ever received in-patient treatment, or been under a doctor's care, for any type of mental or psychiatric condition, including mood disorders, ~~or for treatment for alcoholism or drug abuse~~?

> **Commented [A5]:** The government objects to the inclusion of questions about drug and alcohol abuse treatment in the juror questionnaire.

Juror No: _____

Yes \_\_\_\_        No \_\_\_\_\_            Unsure \_\_\_\_\_

Please explain: _____
_____
_____

**EXPERIENCE WITH WEAPONS OR EXPLOSIVES**

27.    Do you own ~~any~~ ~~f~~firearms?

Yes \_\_\_\_     No \_\_\_\_

(a)    If yes, how many and what kind? _____
_____
_____

28.    Do you have a license to own a firearm?

Yes \_\_\_\_     No \_\_\_\_

29.    Does anyone have a permit to carry a concealed weapon (CCW / CPL)?

Yes \_\_\_\_     No \_\_\_\_

30.    Do you have experience or training with explosive devices?

Yes \_\_\_\_     No \_\_\_\_

Please explain: _____
_____
_____

31.    Please explain your view on whether citizens should have the right to bear arms.
_____
_____
_____

(a)    ~~In your view, are they any legitimate constraints on this right?~~ Do you believe the government may impose restrictions on a citizen's right to bear arms? \_\_\_\_

> **Commented [A6]:** The government objects to this wording and proposes this alternative: "Do you believe the government may impose restrictions on a citizen's right to bear arms?"

Juror No: _____

Juror No: _____

32.    Do you belong to any organization that does advocacy concerning the Second
       Amendment or gun control?

       Yes  ___    No  ___

       Please explain: _____

       _____

       _____


**MILITARY SERVICE**

33.    Have you or your spouse/partner ever served in the armed forces, including the reserves,
       National Guard or ROTC?

       Yes____ ——____No_____

       If yes, please answer the following:

|     |                              | You        | Spouse/<br>Partner |
| --- | ---------------------------- | ---------- | ---------- |
| (a) | Branch and highest rank      | _____ | _____ |
| (b) | Dates of service             | _____ | _____ |
| (c) | Place of Service             | _____ | _____ |
| (d) | Type of Discharge            | _____ | _____ |
| (e) | Any experience with courts<br>martial, military police, shore<br>patrol or other area of military<br>law enforcement? | _____ | _____ |
| (f) | Did you or they have any<br>combat experience? | _____ | _____ |

       If so, identify location and years: _____

       _____


**ORGANIZATIONAL AFFILIATIONS, HOBBIES AND SPARE TIME ACTIVITIES**

33.34.  Please list organizations to which you or your spouse or domestic partner belong or in
        which either of you participate, either now or in the past five years. (Include any civic,
        social, religious, charitable, volunteer, political, sporting, professional, business, union,
        fraternal and recreational groups, such as, but not limited to, Kiwanis, Rotary Club,
        Exchange Club, Knights of Columbus, Veterans of Foreign Wars, American Legion,
        American Civil Liberties Union, National Rifle Association, League of Women Voters).

Page 11 of  31

Juror No: _____

Self: _____
_____
_____
_____

Spouse/domestic partner: _____
_____
_____
_____

34.35.  Have you ever held an office or title in any of the organizations you listed in question 33?

Yes____      No ____

If yes, please list: _____
_____
_____

35.36.  Have you, any member of your family, or any close personal friend ever held an elected
or appointed office in the federal, state or local government?

Yes____      No ____

If yes, please describe: _____
_____
_____

36.37.  Have you, any member of your family, or any close personal friend ever belonged to a
militia?

Yes____      No ____

37.38.  If so, what was the name of that militia? _____
_____
_____

38.39.  Have you or any member of your family, ever run for elected office?

Yes____      No ____

39.40.  If so, what office and party affiliation was involved? _____
_____

Page 12 of  31

Juror No: _____

40.41. During the 2020 COVID-19 ~~lockdowns~~restrictions on activities, was your employment impacted? If so, how?

41.42. During the 2020 COVID-19 ~~lockdowns~~restrictions on activities, was your employment impacted? If so, how?

_____

42.43. Do you have any concerns relating to COVID-19 which would prevent you from being able to serve as a juror during ~~a 6 to 8 week~~ trial?

_____
_____

43. ~~Please explain your views on a citizen's freedom on speech, association, and religion.~~

_____
_____
_____

**Commented [A7]:** The government objects to the use of the term "lockdowns" in the juror questionnaire. This is an emotionally loaded term for some people. As an alternative, the government suggests "restrictions on activities."

**Commented [A8]:** The government objects to references to the length of trial being included in the questionnaire. Conveying this information could corrupt the completion of the questionnaires by prompting prospective jurors to alter their answers to fit their interests in serving or not serving on the jury.

**Commented [A9]:** The government objects to this question. It seems focused on communicating a possible defense theme, not on collecting information from prospective jurors. Moreover, it is so broad that most prospective jurors will have trouble determining what constitutes a "complete" answer.

Juror No: _____

**PRIOR JURY SERVICE**

44.     Have you served as a juror before?

        Yes____        No ____

        (a)     If yes, please complete the following for each trial on which you served as a juror:

| When did you serve? | In what court? | Criminal or Civil? | Charges/ Allegations? | What verdict did the jury reach? |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

        (b)     Have you ever served as a jury foreperson?

                Yes____        No ____

        (c)     Was there anything about your jury experience that left you disappointed or dissatisfied with our justice system?

                Yes____        No ____

                Please explain: _____
                _____
                _____

        (d)     Was there anything about your experience as a juror which would make you not want to serve again?

                Yes_____        No _____

                Please explain: _____
                _____
                _____
                _____

        (e)     Have you served on a grand jury?

Page 14 of  31

Juror No: _____

Yes_____        No ____

If yes, please state where, what court, and when (dates) served: ___

_____

_____
-

45.     Do you know of any reason that would keep you from serving fairly and
        impartially as a juror in a case in which the defendant was a person whose race
        was different than yours?

Yes____        No ___

If yes, please explain: _____

_____

**HOW DO YOU GET YOUR INFORMATION/ARE YOU AN INFORMATION
PROVIDER?**

46.   (a)   How often do you read a newspaper ?
            ____ Every day
            ____ Several times a week
            ____ Once or twice a week
            ____ Less often than once a week
            ____ Never

      (b)   How often do you watch TV news?
            ____ Every day
            ____ Several times a week
            ____ Once or twice a week
            ____ Less often than once a week
            ____ Never

      (c)   How often do you listen to radio news?
            ____ Every day
            ____ Several times a week
            ____ Once or twice a week
            ____ Less often than once a week
            ____ Never

      (d)   How often do you get news off the Internet?
            ____ Every day

Juror No: _____

_____ Several times a week
_____ Once or twice a week
_____ Less often than once a week
_____ Never

Please list all sources of news you watch, listen to, or read on a regular basis, in print or on television, radio or the internet, including the names of any particular news programs or internet sites.  Include radio talk shows.

_____
_____
_____

47.   Do you have regular access to the Internet?

Yes_____       Yes, but only at work_____    No _____

If yes, or yes, but only at work, about how often do you access the Internet?

_____ Stay connected for extended periods throughout the day
_____ A few times a day
_____ Daily
_____ A few times a week
_____ A few times a month
_____ A few times a year

48.   Do you maintain, edit, or contribute to any newspapers, magazines, journals, blogs, twitter accounts, or other sources of news?

Yes_____    No _____

If yes, please explain: _____
_____

49.   Do you maintain any websites?

Yes_____             No _____

If yes, what are the addresses: _____
_____
_____

Page 16 of  31

Juror No: _____

50.    Do you subscribe to any email lists or message servers?

Yes____        No ____

If yes, please specify: _____
_____
_____

51.    Do you subscribe to any social media networks, such as Facebook, ~~Myspace~~Telegram, SnapChat, ~~-~~Linkedin orTwitter?

Yes____        No ____

If yes, please specify: _____
_____
_____

52.    Have you written any letters to the editor or articles/blogs/tweets about politics?

Yes____        No ____

If yes, please provide the names of the articles and where they appeared: _____
_____
_____

53.    What has been the content of your letters/articles/blogs/tweets? _____
_____
_____
_____

54.    If you are chosen to be a juror, and while jury selection is in process, you will not be permitted to read or listen to any media or Internet coverage of this case and related subjects.  Will you be able to comply with these restrictions?

Yes____        No ____

If no, please explain:? _____
_____
_____

55.    If you are chosen to be a juror, and while jury selection is in process, you will be

Juror No: _____

instructed to refrain from blogging, tweeting, posting on Facebook or other social networks, talking, or otherwise communicating about this case. Is there any reason why you cannot follow this instruction?

Yes____        No      ____

If yes, please explain: _____

_____

_____

56.    Do you have any bumper stickers on your car?

Yes____        No ____

If yes, what to they say? _____

_____

_____

## CONTACT AND EXPERIENCES WITH CRIME, COURTS, LEGAL SYSTEM, AND LAW ENFORCEMENT

57.    Are you, or is any close friend or relative, a member of a neighborhood crime watch or prevention group?

Yes____        No ____

If yes, please identify the group and describe that participation: _____

_____

_____

58.    Have you, or has any member of your family or close friend or relative, ever been the victim of, or witness to a crime, whether or not that crime was reported to law enforcement authorities?

Yes____        No ____

(f)    If no, go to the next numbered question. If yes, please provide the following information for each person and incident:

Page 18 of  31

Juror No: _____

| Relationship (Self, sister, etc.) | Type of Crime | Victim or Witness | Reported to Police? | Was anyone Caught? | Outcome of the Case |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

(g)  In what ways, if any, did any of these incidents that you, or a person close to you, experienced affect your attitude about crime? _____

_____

_____

(h)  How do you feel about how the police or law enforcement authorities handled the situation? _____

_____

_____

59.   ~~Have you ever been the subject of a search by law enforcement, with or without a warrant?~~

~~Yes_____     No ___~~

~~If yes, please describe:~~ _____

_____

_____

> **Commented [A10]:** The government objects to this question. Any "yes" answers to this question would be captured in the following question.

Juror No: _____

60.59.  Have you, or has any member of your family or close friend, ever been: (1) questioned about, (2) accused of, (3) investigated for, (4) arrested for, (5) charged with (6) or convicted, of a crime, other than a minor traffic offense?

Yes____        No ____

(i)       If yes, please provide the following:

| Relationship of person charged (Self, Sister, etc.) | Crime(s)charged | Case Outcome |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(j)       If yes, please provide a brief description of the alleged crime(s) and the events leading up to the accusation, arrest or charge: _____
_____
_____

(k)       How did you feel about the experience(s) you describe? _____
_____
_____

(l)       Would this experience affect your ability to serve as a juror in this case?
          Yes_____        No _____

Please explain: _____ _____
_____
_____

61.60.  Have you ever appeared in court, or in any legal proceeding, as a plaintiff, defendant, victim, or witness for any reason other than explained above?

Yes____        No ____

If yes, please state when and explain why you appeared in court: _____
_____

Juror No: _____

_____

62.61. Have you ever had an unfavorable experience with a lawyer or judge?

Yes____        No ____

If yes, please explain: _____
_____
_____

63.62. Have you, or any member of your family, made or brought any claims or lawsuits against
any federal, state, or local government agency?

Yes____        No ____

If yes, please explain: _____
_____

64.63. Have any claims or lawsuits ever been made by any federal, state or local official or
government agency against you, or any member of your family?

Yes____        No ____

If yes, please explain: _____
_____

65.64. Have you ever been questioned in any matter by a local, state, or federal law
enforcement agency, including any police or sheriff's office, the Federal Bureau
of Investigation (FBI), the Drug Enforcement Administration (DEA), the Bureau
of Alcohol, Tobacco, and Firearms (ATF), the Department of Justice, the
Department of Homeland Security, the Internal Revenue Service (IRS), or the
Bureau of Immigration and Customs Enforcement (ICE), formerly known as the
Immigration and Naturalization Service (INS)?

Yes____        No ____

If yes, please explain: _____
_____

66.65. Do you personally, or in connection with your business, have any pending interest

Page 21 of 31

Juror No: _____

in any legal action or dispute with the United States, or any officer, agents, or employees of the United States (for example, a tax audit, social security dispute, etc.), or have you had any such dispute in the past?

Yes_____   No _____

If yes, please explain: _____

_____

_____

67.66.  Do you have any strong feelings about local, state and federal law enforcement?

Yes_____   No _____

If yes, please explain: _____

_____

_____

**GENERAL OPINIONS AND BELIEFS ABOUT THE CRIMINAL JUSTICE SYSTEM**

68.   Do you believe that if the prosecution brings a person to trial, that person is probably guilty?

Yes_____   No_____   Unsure _____

69.   Do you believe that innocent people are sometimes convicted of crimes they did not commit?

Yes_____   No_____   Unsure _____

**YOUR KNOWLEDGE OF THIS CASE**

70.   Have you read or heard any news coverage or received any information from any source regarding a criminal case in Michigan relating to allegations involving a plot to kidnap the Governor of Michigan or involving a group known as the "Wolverine Watchmen"?

Yes_____   No_____

If yes, what have you read/heard: _____

Page 22 of  31

**Commented [A11]:** The government objects to this entire subsection. First, it will reveal that this is a criminal case, and the government's position is that this should be a general questionnaire that does not reveal information about the case. Second, both of these questions seem focused more on communicating a defense theme than on gathering information to discuss during voir dire.

**Commented [A12]:** The government objects to the inclusion of this subsection. It will reveal to prospective jurors the nature of the case.

Juror No: _____

_____

_____

-

71. Do you know, or have you had any contact whatsoever with, the defendants Adam Fox, Barry Croft, Kaleb Franks, Brandon Caserta, Daniel Harris, or Ty Garbin?

Yes_____ No _____

If yes, please explain: _____

_____

_____

72. How much have you heard about this case?

_____ A lot about the case
_____ Some
_____ Very little about the case
_____ Nothing at all

73. How closely have you followed the news about this case?

_____ Very closely
_____ Somewhat closely
_____ Not very closely
_____ Not at all

74. Please indicate from what source(s) you heard about the case. (Check as many as apply):
[ ] Television [ ] Newspapers [ ] Radio [ ]Internet
[ ] Personal knowledge of accused, or his family, friends or acquaintances
[ ] Personal conversations with others in the community
[ ] Overheard others discussing case
[ ] Other sources of information. List: _____

Please describe as completely as possible what you have heard about this case. _____

_____

_____

75. Have you heard any statements by any U.S. government officials or the prosecutors concerning the Defendants?

Juror No: _____

Yes_____ No_____ Unsure_____

If yes, please explain: _____
_____
_____

76. Have you heard any statements by the defense attorneys about the Defendants?

Yes_____ No_____ Unsure _____

If yes, please explain: _____
_____
_____

77. Based on what you have read, heard or seen in the media, please tell us if you have formed any feelings or opinions about this case or about the defendants, or about what the outcome should be? _____
_____
_____

78. Based on what you have read, heard, or seen in the media, is there any reason why you could not sit as a fair and impartial juror in this case?

Yes_____ No_____ Unsure _____

Please explain: _____
_____
_____

79. Despite any views you have formed, can you decide this case based solely on the evidence presented at trial?

Yes_____ No___ Unsure _____

Please explain: _____
_____
_____

80. Does the fact that this case involves allegations of crime with the potential for violence, cause you to question whether you can sit as a fair and impartial juror?

Yes_____ No _____

Page 24 of 31

Juror No: _____

If yes, please explain: _____

_____

_____

_____

**CRIMINAL TRIAL PROCEDURES**

81.    Under our United States Constitution, the defendants are presumed to be
       innocent, and cannot be found guilty of any offense unless and until the
       government proves each element of that offense beyond a reasonable doubt. Do
       you accept this principle and agree to apply it?

       Yes_____   No _____

82.    The defendants are not required to testify or to present their side of the story to
       the jury. Under our United States Constitution, the defendants have the absolute
       right to remain silent, and the jury may not consider the fact that they choose not
       to testify as any evidence against them. Do you understand that the defendants'
       silence may not be held against them, and that you may not consider it in your
       deliberations?

       Yes_____   No _____

83.    At the conclusion of the case, it is the Court's duty to instruct you on the law and
       explain to you the elements of the crimes charged in the indictment. Do you have
       any personal, religious, philosophical, or other beliefs as to what the law is or
       should be that would make it difficult for you to follow the instructions of the
       Court?

       Yes_____   No _____

       If yes, please explain: _____

       _____

84.    The jury must not consider the issue of punishment when deciding whether the
       defendants are guilty or not guilty. Can you remove the consideration of
       punishment from your decision?

       Yes_____   No _____

> **Commented [A13]:** The government objects to this entire subsection. First, it will reveal that this is a criminal case, and the government's position is that this should be a general questionnaire that does not reveal information about the case. Second, both of these questions seem focused more on communicating defense themes than on gathering information to discuss during voir dire.

Juror No: _____

~~If no, please explain: _____~~
_____
_____

**MEDICAL/HEALTH/HARDSHIP/CONFLICTS**

~~It is expected that the trial will last approximately six to eight weeks. The hours of the trial will typically be 9:00 a.m. to 2:00 p.m., Monday through Friday. Jurors will be paid an attendance fee of $40 per day, and transportation costs will be reimbursed.~~

~~Jury service is one of the highest duties and privileges of a United States citizen. The participation of people like yourself is essential to the proper administration of justice. The Court recognizes that not everyone can serve on a case of this length. However, mere inconvenience or the usual financial hardships of jury service will not be enough to excuse you from service. You must show that service as a juror in this case would cause an unacceptable personal hardship. With this in mind, please answer the following questions:~~

> **Commented [A14]:** The government objects to the inclusion of these preamble paragraphs. They reveal details about the expected length of trial that could corrupt the way that prospective jurors answer the questions.

~~85.~~ 67.  Do you have any medical condition that would make it difficult for you to serve as a juror?

Yes_____    No _____

If yes, please explain: _____
_____
_____

~~86.~~ 68.  Are you currently taking any prescription medication which may prevent you from giving your full attention to the matters in court during a trial?

Yes_____    No _____

If yes, please explain: _____
_____
_____

~~87.~~ 69.  What is the condition of your hearing?
_____ No problems at all
_____ Have difficulty hearing
_____ Have problems, but they are corrected with a hearing aid.

Juror No: _____

If you have problems, please explain: _____

_____

_____

88.70.  What is the condition of your eyesight?

    ____  No problems at all

    ____  Have difficulty seeing

    ____  Have problems, but they are corrected by glasses or contact lenses

If you have problems, please explain: _____

_____

89.71.  Do you have any specific problems concentrating or dealing with stress or pressure?

Yes_____     No _____

If you have problems, please explain: _____

_____

90.72.  Do you have any personal, professional, or financial obligations that would prevent you from giving your full attention or prevent you from being present in Court for the duration of the trial, i.e., a prepaid vacation, medical procedure, problem with seasonal employment?

Yes_____     No _____

If yes, please explain: _____

_____

91.73.  Is there anything else that you want to bring to the attention of the Court or that you think the Court or the lawyers should know about you that may affect your jury service in this case, or that may influence your ability to fairly and impartially judge the evidence in this case and to apply the law as instructed by the Court?

Yes_____     No _____

If yes, please explain: _____

_____

_____

Page 27 of  31

Juror No: _____

92. 74.  Do you have any personal reason for wanting to serve as a juror in this case?

Yes _____     No _____     Not Sure _____

If yes, please explain: _____

_____

_____

93. 75.  Is there anything you would prefer to discuss privately with the judge?

Yes_____     No _____

**PERSONAL KNOWLEDGE OF COURT/STAFF/ATTORNEYS/WITNESSES**

94.  Do you know or recognize the judge in this case, Robert Jonker, or any of his staff?

Yes_____     No _____

If yes, please give details: _____

_____

_____

82.  Do you know or recognize any of the attorneys in this case, Joshua Blanchard, Christopher Gibbons, Julia Kelly, Karen Boer, Michael Hills, Scott Graham, Austin Hakes, or Nils Kessler?

Yes_____     No _____

If yes, please give details: _____

_____

_____

93.  Do you know or recognize any of the witnesses in this case, **[lawyers, please provide names here]**?

Yes_____     No _____

If yes, please give details: _____

_____

_____

> **Commented [A15]:** The government objects to the inclusion of any mention of court personnel, attorneys, and parties. Telling prospective jurors the names of the personnel that are involved in the case would allow them to easily determine which case is at issue. The government's position is that telling prospective jurors what the case is about would likely corrupt the process of jury selection. If prospective jurors know what the case is about before they begin completing a questionnaire, they may alter their answers to fit their own personal interests in either serving or not serving on the jury. Moreover, questions about knowledge of court, staff, and attorneys are routinely covered in voir dire. Affirmative answers are fairly rare and can be dealt with in court.

Page 28 of  31

Juror No: _____

**MISCELLANEOUS**

94.   If you are selected to serve as a juror on this case, would you be concerned about
      reactions to the verdict by anyone?

      If yes, what kind of concern(s) do you have? Please explain: _____
      _____
      _____
      _____
      _____

95.   Is there any matter not covered by this questionnaire that you think the Court or the
      attorneys might want to know about you when considering you as a juror in this case?

      Yes_____    No_____    Not sure _____

      Please explain: _____
      _____
      _____

96.   Are you a smoker?

      Yes_____    No _____

      If yes, do you need to smoke more often than every two hours.  Please explain:
      _____
      _____

> **Commented [A16]:** The government objects to the inclusion of this miscellaneous section. The questions seem unlikely to produce detailed answers that will assist the parties in preparing for voir dire.

Page 29 of  31

Juror No: _____

EXPLANATION SHEET

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No: _____

EXPLANATION, CONTINUED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No: _____

## AFFIRMATION

I, _____, hereby declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others or received assistance in completing the questionnaire. I have answered all of the above questions in this Jury Questionnaire myself.

Executed in the Western District of Michigan, on this____day of September, 2021.

_____
Signature