UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
KALEB JAMES FRANKS,
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

       Defendants.
_____/

CASE NO. 1:20-cr-183

HON. ROBERT J. JONKER

## NOTICE

    After consultation with all counsel of record, the Court sees no need for the November 23, 2021, provisional status conference and therefore removes the same from the court calendar.

Dated:  November 18, 2021       /s/ Robert J. Jonker
       ROBERT J. JONKER
       CHIEF UNITED STATES DISTRICT JUDGE