UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,         No. 1:20-cr-183

v.               Hon. Robert J. Jonker
                Chief U.S. District Judge

ADAM DEAN FOX,
BARRY GORDON CROFT, JR.
DANIEL JOSEPH HARRIS, and
BRANDON MICHAEL-RAY CASERTA,

   Defendants.
_____/

**PROPOSED JURY VERDICT FORMS**

   The government submits, for the Court's consideration, the attached proposed jury verdict forms. The government provided the proposed verdict forms to counsel for Defendants. Counsel for Fox and Caserta have no objection to the proposed verdict forms; the government has not received a response from counsel for Fox or Harris.

               Respectfully submitted,

               ANDREW BYERLY BIRGE
               United States Attorney

Date:  February 17, 2022     /s/ *Jonathan Roth*
               JONATHAN ROTH
               NILS R. KESSLER
               Assistant United States Attorneys
               P.O. Box 208
               Grand Rapids, Michigan 49501-0208
               (616) 456-2404

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADAM DEAN FOX,

      Defendant.
_____/

No. 1:20-cr-183

Hon. Robert J. Jonker
Chief U.S. District Judge

**JURY VERDICT FORM**

We, the members of the jury, find as follows:

I.    As to **Count 1**, charging that the defendant, Adam Dean Fox, committed the crime of Kidnapping Conspiracy, we unanimously find the defendant:

        ____ Not Guilty        ____ Guilty

II.    As to **Count 2**, charging that the defendant, Adam Dean Fox, committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

        ____ Not Guilty        ____ Guilty

_____
Date

_____
JURY FOREPERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BARRY GORDON CROFT, JR.,

        Defendant.
_____/

No. 1:20-cr-183

Hon. Robert J. Jonker
Chief U.S. District Judge

**JURY VERDICT FORM**

We, the members of the jury, find as follows:

I.     As to **Count 1**, charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Kidnapping Conspiracy, we unanimously find the defendant:

        ____ Not Guilty         ____ Guilty

II.     As to **Count 2**, charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

        ____ Not Guilty         ____ Guilty

III.     As to **Count 3**, charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Possession of an Unregistered Destructive Device, we unanimously find the defendant:

        ____ Not Guilty         ____ Guilty

_____                _____
Date                              JURY FOREPERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          No. 1:20-cr-183

v.                Hon. Robert J. Jonker
                 Chief U.S. District Judge

DANIEL JOSEPH HARRIS,

   Defendant.
_____/

**JURY VERDICT FORM**

We, the members of the jury, find as follows:

I. As to **Count 1**, charging that the defendant, Daniel Joseph Harris, committed the crime of Kidnapping Conspiracy, we unanimously find the defendant:

   ____ Not Guilty   ____ Guilty

II. As to **Count 2**, charging that the defendant, Daniel Joseph Harris, committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

   ____ Not Guilty   ____ Guilty

III. As to **Count 3**, charging that the defendant, Daniel Joseph Harris, committed the crime of Possession of an Unregistered Destructive Device, we unanimously find the defendant:

   ____ Not Guilty   ____ Guilty

IV. As to **Count 4**, charging that the defendant, Daniel Joseph Harris, committed the crime of Possession of an Unregistered Barreled Rifle, we unanimously find the defendant:

   ____ Not Guilty   ____ Guilty

_____       _____
Date             JURY FOREPERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                       No. 1:20-cr-183

v.                                     Hon. Robert J. Jonker
                                       Chief U.S. District Judge

BRANDON MICHAEL-RAY CASERTA,

       Defendant.
_____/

## JURY VERDICT FORM

We, the members of the jury, find as follows:

     As to **Count 1**, charging that the defendant, Brandon Michael-Ray Caserta, committed the crime of Kidnapping Conspiracy, we unanimously find the defendant:

         ____ Not Guilty          ____ Guilty


_____                          _____
Date                                  JURY FOREPERSON