UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**UNITED STATES OF AMERICA**
            Plaintiff,         Case No. 1:20-cr-00183-RJJ

                                     Hon. Robert J. Jonker
                                     Chief United States District Judge

v.

**BARRY GORDON CROFT, JR.,**
            Defendant.
_____/

## MOTION FOR JOINDER

Barry Gordon Croft, Jr., through his attorney Joshua Blanchard, moves to join in the following:

1. Mr. Harris' brief regarding "invited response" as outlined in ECF No. 497, PageID.3828-3832.

2. Mr. Fox's motion in limine to compel production of confidential human source information outlined in ECF No. 493, PageID.3801-3808.

                                        Respectfully Submitted,

Dated: February 28, 2022        /s/ Joshua A. Blanchard
                                      Joshua Blanchard
                                      BLANCHARD LAW
                                      Attorneys for Defendant Croft
                                      309 S. Lafayette St., Ste. 208
                                      Greenville, MI 48838
                                      616-773-2945
                                      josh@blanchard.law