UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY GORDON CROFT, JR.,

    Defendant.
_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

I.     As to **Count 1,** charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Conspiracy to Commit Kidnapping, we unanimously find the defendant:

    ☐ Not Guilty    ☐ Guilty

*(both options struck through)*

II.     As to **Count 2,** charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

    ☐ Not Guilty    ☐ Guilty

*(both options struck through)*

III.     As to **Count 3,** charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Possession of an Unregistered Destructive Device, we unanimously find the defendant:

    ☐ Not Guilty    ☐ Guilty

DATED: 4/8/22

[signature redacted]

Juror # 58
JURY FOREPERSON

1

Foreman - ▓▓▓▓▓▓▓▓ | Juror #58

Chose to be released and return on Monday

▓▓▓▓▓▓▓▓ | 4/1/22

4/1/2022
4:05pm

①

Can we get a long corded external speaker for computer?

Hard to hear recordings

4/4/22

Juror # 58

4/4/2022
12:50 pm
②

4/4/22

Page 24

Paragraph labeled 2

Where it says, "rocket having a propellant charge" is the following word "or" a typo correct or, should it be "of"?

Juror # 58

4/4/22
1:25 pm

The word should be "of," not "or." I apologize for the typo. I'm attaching the statutory quote.

Judge Jonker
1:29 pm

③

**(4)** The term "destructive device" means—
**(A)** any explosive, incendiary, or poison gas—
**(i)** bomb,
**(ii)** grenade,
**(iii)** rocket having a propellant charge of more than four ounces,
**(iv)** missile having an explosive or incendiary charge of more than one-quarter ounce,
**(v)** mine, or
**(vi)** device similar to any of the devices described in the preceding clauses;

Can we please request a dictionary?

4/4/22
2:25 pm

Juror # 58

The general rule is that "books, like a dictionary," are outside influences that cannot be a part of your deliberations. See Page 48 of the Jury Instructions. If there is a more specific question you can frame, we may be able to respond more concretely.

Judge Jonker
2:29 pm

Can we get a legal description of a "weapon"

4/4/21

Juror # 58                     2:36 pm

(5)

Jury request that we break for the day.

Juror # 58

4/4/22

4:25 pm

6

Is the jury able to view the witness transcripts?

[redacted signature]   4/4/22

Juror # 58   4:42pm

(1)

Can we please get 2 more copies of jury instructions?

Juror # 58

4/5/22

8:39 am

(8)

Please send Brad to assist w/ tech issues

Thumb drive is not loading

4/5/22

8:47 am

Juror # 58

(9)

The jury requests that we end for the day

4/5/22
4:36 pm

Juror # 58

10

Jury requests that we finish for the evening

4/6/22
4:45 pm

Juror # 58

(11.)

The jury would like to finish for the day.

4/7/22

4:37 pm

Juror # 58

(12)

Can the Jury view the evidence of the pennies.

4/7/22
4:37 pm

Juror # 58

13

4/8/22

We have come to a decision on several counts however are locked on others. How should we proceed from here?

4/8/22

10:35am

Juror # 58

(14)

After using the suggestions of the Court,

we are still unable to reach a unanamous decision on several counts

4/8/22
1:40 pm

Juror # 58

(15)

We are ready to read the verdicts we have reached a unanamous decisions on.

—Jury

Juror # 58

4/8/22
5:04 pm

16