3-25-22

as possible, can we please make the breaks more evenly distributed such at 8:30-10:00 ⓑ / 10:20-11:50 ⓑ
1.5hrs          1.5hrs
The longer (2 hour) spans and the very short (1hr) middle span have bee making it very difficult for our attention.

Thank you either way. We know the court is trying their best to keep us attentive and comfortable.

Thank you

Warmly,

The Jury