UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY GORDON CROFT, JR.,

    Defendant.
_____/

CASE NO. 1:20-CR-183

HON. ROBERT J. JONKER

## VERDICT FORM

We, the members of the jury, unanimously find as follows:

I.    As to **Count 1,** charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Conspiracy to Commit Kidnapping, we unanimously find the defendant:

    ☐ Not Guilty    ☒ Guilty

II.    As to **Count 2,** charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Conspiracy to Use a Weapon of Mass Destruction, we unanimously find the defendant:

    ☐ Not Guilty    ☒ Guilty

III.    As to **Count 3,** charging that the defendant, Barry Gordon Croft, Jr., committed the crime of Possession of an Unregistered Destructive Device, we unanimously find the defendant:

    ☐ Not Guilty    ☒ Guilty

DATED: 8/23/2022

#13

Jury instructn
Pages 17-25
on tc.

12-21 pm

3.01A
A
#2    ii
#3    iii

more clarification if possible
on these two
         page 18        #13


                                    8:50 am.

It would help if you can be more
specific about the clarification you
need.        Judge Jonker
                                    8:52 am

Can we get a document that shows us the Superseding Indictment Charges

I'm attaching the Superseding Indictment Charges at issue. If you are lacking for something else, please let me know. Judge Taylor

#13

10:52

We have come to a Verdict conclusion

to the Counts that have been

put against the defendant

11:15am #13