UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**
            Plaintiff,        Case No. 1:20-cr-00183-RJJ

                                    Hon. Robert J. Jonker

v.

**ADAM DEAN FOX,** and
**BARRY CROFT,**
            Defendants.
_____/

### CERTIFICATE OF CONCURRENCE PURSUANT TO LCrR 12.4

Pursuant to LCrR 12.4, Defense Counsel states that he emailed Mr. Kessler on September 3, 2022 seeking concurrence in his motion for new trial and Mr. Kessler responded that the United States opposed the relief sought.

                                                              Respectfully submitted:

Dated: September 6, 2022        /s/ Joshua A. Blanchard
                                                            Joshua A. Blanchard (P72601)
                                                             BLANCHARD LAW
                                                             Attorneys for Defendant Croft
                                                              309 S. Lafayette St Ste 208
                                                              PO Box 938
                                                               Greenville, MI 48838
                                                              josh@blanchard.law