**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**UNITED STATES OF AMERICA**
                Plaintiff,        Case No. 1:20-cr-00183-RJJ

                                  Hon. Robert J. Jonker
                                  United States District Judge

v.

**ADAM DEAN FOX**, and
**BARRY GORDON CROFT, JR.**,
                Defendants.
_____/

**ORDER GRANTING MOTION TO FILE ENLARGED BRIEF**

    **IT IS ORDERED** that the Defendants' Motion to File Enlarged Brief is **GRANTED**.

Dated: _____                _____
                                                      Hon. Robert J. Jonker
                                                      United States District Judge