ATTACHMENT 1

2020.10.08
VTS 01 2
00:27:36 - 00:28:09

Croft:   He said if we were to grab our Governor and do this, blah, blah, blah, and he ran through this like little intricate thing and at such an I, he said what would you think?  I said me?  I'd think it's foolish.  I think you're, you know, you're, you're, it's all wrong.  Your objective is wrong.  You want any, you know, you're, you're, If you do somethin' like that, you're setting the dominos down for everybody.