ATTACHMENT 2

2020.10.08
VTS 01 2
00:50:46 – 00:50:55

| | |
|---|---|
| Croft: | …the crowd it comes from.  I have nothin' to do with that.  Their Governor…, I don't give two fucks for. |
| Long: | Right. |
| Croft: | I don't care. |
| Long: | Sure. |
| Croft: | I don't care. I don't have "a dog in the fight." |