ATTACHMENT 3

2020.10.08
VTS 01 1
00:45:42 – 00:47:30

| | |
|---|---|
| Croft: | . . . We weren't doin' any campin'.  After Saturday evening, they said that we're getting back together in the night to do some land navigation drills in the evening. |
| Penrod: | Hmph hmph. |
| Croft: | Now the concept seems really awesome.  I mean doing navigation night vision glasses, cool.  We end up riding out, you know, um, |
| Penrod: | Hmph hmph. |
| Croft: | …they're talkin' about grabbin' the Governor and this, that and the third. |
| Penrod: | This is… No, this is not the Governor of the…  The one you spoke about earlier, is, |
| Croft: | Yeah. |
| Penrod: | Be the Governor of Michigan? |
| Croft: | Yea, yeah, this is Michigan's Governor and this is Michigan's guys. |
| Penrod: | Okay. |
| Croft: | Now I'm like this is the ride out.  I mean, you know what I mean, to where we're supposed to be doin' this, this deal. |
| Penrod: | Okay. |
| Long: | But you think that you're just there to do land navigation? |
| Croft: | Yeah, land navigation, right.  Like I'm not, I'm not here for any of that shit |
| Long: | Okay. |
| Croft: | …and like honestly, like I really participated minimally and I, I mean like I just talked, you know, just to seem like hey, you know, he's not gonna be that, that guy, you know what I mean, the um, but I wasn't with it and I'm, and I'm… |
| Penrod: | Hmph hmph. |
| Croft: | …not "with it." |
| Long: | Right. |
| Penrod: | Was it not "land nav" or what was it? |
| Croft: | Well I mean it was "land nav." Um, I… |
| Long: | (UI). |
| Croft: | Ah, you could have put me anywhere.  I didn't know where I was. |
| Penrod: | Okay. |
| Croft: | I'm in Michigan for God sakes. |

ATTACHMENT 3

```
Penrod:   Right, right, right, right.
Croft:    I'm not out, I don't even have my phone on.
Penrod:   My point was were you.., were you walkin' around the
          woods or were you drivin' a car?

Croft:    No, no, no, no.  We were.., we were riding in vehicles
          basically just tagging the vehicles.  You know what I
          mean?  Um…,
Penrod:   Oh yeah?
Croft:    We'd get out once in a while.., we'd use the night
          vision, spot each other, strobe a light, you know what
          I mean, dumb shit, but the conversation that they were
          having while we were doing this was…,
Long:     (UI).
Croft:    You know, they grabbing the Governor and I'm not with
          that man.
```