ATTACHMENT 4

2020.10.08
VTS 01 1
00:48:53 - 00:49:21

| | |
|---|---|
| Croft: | What are you gonna get out of this? I mean honestly. |
| Long: | Did you say that? |
| Croft: | Yeah. |
| Long: | Okay. |
| Croft: | And, and even in recent conversations |
| Long: | Right. |
| Croft: | In past weeks, I've said hey, hey listen guys, you guys' focus is all fucked up. You guys are like aimin' at State heads and stuff like that, |
| Long: | (Whispers). Right. |
| Croft: | You're a Militia for Christ sakes. |
| Long: | (Whispers). Right. |
| Croft: | It's not your job to put anybody in power. It's not your job to dictate who does the job. |