ATTACHMENT 5

```
2020.10.08
VTS 01 1
00:51:03 – 00:51:13
```

Croft:   Like really man, like I'm not…
Long:    Hmph hmph.
Croft:   At all in for any of that "Governor grabbin'" shit,. like really got the wrong guy with that.