ATTACHMENT 6

DATE:      2022/07/03

TIME:      00:00 – 00:28

FILE NAME: 601 2022-07-03 Croft and Bensinger Clip 1.mp3

Barry Croft
Ken Bensinger

Croft:     But I didn't know Adam Fox until June 6. At a meeting that Robeson organized.

Bensinger: Yep. Yeah,

Croft:     No, I mean like, like,

Bensinger: Clearly,

Croft:     Go ahead.

Bensinger: No, I was just gonna say. There's a high, high level, appears to be a pretty high level of orchestration going on.

Croft:     Right.

Bensinger: From sort of, soup to nuts.

Croft:     Sure.