ATTACHMENT 7

DATE:      2020/04/13

TIME:      00:00 – 00:43

FILE NAME: 7.wav

Barry Croft
A.C. Thompson

Thompson:  What should people do at a moment like this, in your mind, when they're being ruled by an "illegitimate, military regime?" by a "bureaucratic dictatorship?"

Croft:     Okay. I wanna read this definition to you as well. This is out of the Black's Law Dictionary. It's "de facto." And uh, that's the word, "de facto." Definition number one: Actual, existing in fact, having effect even though not formally or legally recognized. Definition number two: Illegitimate, but in effect. People need to realize that they are being ruled by an illegitimate authority, that is in effect.