ATTACHMENT 8

DATE:      2022/12/04

TIME:      0:00 – 00:38

FILE NAME: Croft Call with Jeremy Deeter.mp3

Barry Croft
Jeremy Deeter

Croft:     If you're not raping people or killing people, I don't give a fuck. And if you rape or kill somebody, I feel like, I feel like they should green light you. To the family of whoever you killed or raped. Just green light 'em. All it would take. It would take one rapist going into a woodchipper, feet first, being thrown in by the family of the rape victim, for people to say, "Oh shit, this is what's going down? I ain't doing that shit, dog. I'm done with that. That's over, man." It would become an extinct [UI] this country.