# Exhibit A
## Jail Incident Report

# NEWAYGO COUNTY SHERIFF'S OFFICE

Robert Mendham, Sheriff • Chad Palmiter, Undersheriff
P.O. Box 845 • 1035 James • White Cloud, MI 49349 • (231) 689-7303 Fax (231) 689-7273

Jail Incident Report JI202200540                                                                 Printed on November 9, 2022

**Status**               Active
**Incident Date**        09/19/22 22:20
**Written Date**         09/20/22 01:24
**Reporting Officer**    Thebo, Sawyer
**Location**             Cell
**Incident Type**        General
**Review for Gang Activity**

**Inmates**
CROFT, BARRY GORDON (#IN202200610), XXXX,
XXXXXXXX (#IN202200061), XXXX
XXX (#IN202201608), XXXXXXXXXXX
(#IN202201397), XXXXXXXXXXX
(#IN202100404), XXXXXXXXXXX
(#IN202100805), XXXXXXXXXXX
(#IN202101374), XXXXXXXXXXX
(#IN202200504), XXXXXXXX, ROY XXXX
(#IN202200358)

**Staff**
267 - Thebo, Sawyer, 287 - Kailing, David

**Property / Evidence**
Item #  Category  Type  Status  Location  Description

**Actions Taken**

**Action Comments**

**Approval Log**
Date                    Action                    Performed By

Signed  _____        Date  _____
        Deputy

Signed  _____        Date  _____
        Sergeant

Signed  _____        Date  _____
        Captain

Page 1 of 1

# NEWAYGO COUNTY SHERIFF'S OFFICE

Robert Mendham, Sheriff • Chad Palmiter, Undersheriff
P.O. Box 845 • 1035 James • White Cloud, MI 49349 • (231) 689-7303 Fax (231) 689-7273

Primary Narrative 9/20/22 by 267 - Thebo, Sawyer - active     Printed on November 9, 2022

**Narrative Date** 09/20/22 01:29
**Reporting Officer** Thebo, Sawyer
**Narrative Type** Primary

**Narrative**
VENUE:
B - FLOOR
B - 04

DATE AND TIME:
09/19/2022 AT APPROX 22:20 HRS

ON THE DATE AND TIME ABOVE DEPUTY KAILING HAD NOTIFIED R/O THAT THERE WAS A SMOKE SMELL IN THE BRAVO HALL. AFTER INVESTIGATING WHERE THE SMELL WAS COMING FROM AND WATCHING CAMERA FOOTAGE IN ALL THE NEAR-BY CELLS IT WAS OBVIOUS THE SMELL HAD ORIGINATED FROM INMATES SMOKING IN B-04. ON THE B-04 CAMERA AT AROUND 22:15 INMATE ▓▓▓▓ #202100580 IS SEEN GRABBING SOMETHING FROM HIS BUNK IN THE SHAPE OF A HOMEMADE CIGARETTE THEN GO TO THE AREA BELOW THEIR TV, OUT OF THE CAMERA VIEW, WHERE INMATES S▓▓▓, C▓▓▓▓, ▓▓▓▓▓▓▓ #72298, ▓▓▓▓▓▓▓ #202200643, ▓▓▓▓▓▓▓ #202100602, ▓▓▓▓▓▓▓ #000063187, ▓▓▓▓▓▓▓ #000052995, ▓▓▓▓▓▓▓, JR #000042928, ▓▓▓▓▓▓▓ #202100364, ▓▓▓▓▓▓▓ #000063876 ALL TOOK TURNS GOING INTO THE UNSEEN AREA TO PRESUMABLY SMOKE.
AFTER SPEAKING WITH SGT. COOK HE STATED THAT THE DETAINEES INVOLVED WILL BE SUSPENDED FROM E-CIGS FOR A PERIOD OF 72HRS. THERE HAS BEEN NO FURTHER INCIDENTS FROM THIS HOUSING UNIT.

Page 1 of 1

**NEWAYGO COUNTY SHERIFF'S OFFICE**

Robert Mendham, Sheriff • Chad Palmiter, Undersheriff
P.O. Box 845 • 1035 James • White Cloud, MI 49349 • (231) 689-7303 Fax (231) 689-7273

Jail Incident Report JI202200559                             Printed on November 9, 2022

**Status**            Pending
**Incident Date**     09/22/22 22:17
**Written Date**      09/23/22 01:53
**Reporting Officer** Escalante, Jose
**Location**          Cell
**Incident Type**     Contraband
**Review for Gang Activity**

**Inmates**                                        **Staff**
CROFT, BARRY GORDON (                              273 - Maloney, Sean, 213 - Johnson, Travis, 265 -
                                                   Escalante, Jose



**Property / Evidence**
**Item #  Category  Type  Status  Location  Description**

**Actions Taken**

**Action Comments**

**Approval Log**
**Date**                **Action**                  **Performed By**
09/23/22 02:35          Pending                     265 - Escalante, Jose




**Signed** _____       **Date** _____
          Deputy

**Signed** _____       **Date** _____
          Sergeant

**Signed** _____       **Date** _____
          Captain

**NEWAYGO COUNTY SHERIFF'S OFFICE**

Robert Mendham, Sheriff • Chad Palmiter, Undersheriff
P.O. Box 845 • 1035 James • White Cloud, MI 49349 • (231) 689-7303 Fax (231) 689-7273

Primary Narrative 9/23/22 by 265 - Escalante, Jose - pending       Printed on November 9, 2022

**Narrative Date**   09/23/22 01:54
**Reporting Officer** Escalante, Jose
**Narrative Type**   Primary

**Narrative**
Newaygo County Jail
1035 E. James St
White Cloud MI 49349

Location: B-4
Date & Time: 9/22/22 @ 2217 hrs.

On the above date and approximate time, R/O was at B-05 talking to an Inmate about an e-cig issues. After talking to the Inmate, R/O could smell a strong smell of smoke. R/O along with Deputy Maloney walked down B-Flr hall and determined that the strong smell of smoke was coming from B-04. R/O and Deputy Maloney entered the cell and informed B-4 that they were already on an e-cig restriction for smoking already. R/O informed B-04 since they were on a 72 hrs restriction for smoking that they will now be placed on a 30 day e-cig restriction since they didn't learn from their 72 hour restriction. B-4 will be on 30 day restriction starting 9/22/22 and will be reinstated on 10/22/22.

Page 1 of 1