UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BARRY GORDON CROFT, JR.,

    Defendant.

_____/

No. 1:20-cr-183

Hon. Robert J. Jonker
United States District Judge

### AUDIO ATTACHMENTS 1 THRU 8 TO GOVERNMENT'S SENTENCING MEMORANDUM

