# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** BARRY GORDON CROFT, JR.  
**DISTRICT JUDGE:** Robert J. Jonker

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-183 | 12/28/22 | 10 - 11:28 a.m. | Grand Rapids | |

### APPEARANCES

**Government:** Nils Kessler / Chris O'Connor  
**Defendant:** Joshua Blanchard  
**Counsel Designation:** CJA Appointment

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute
  - [ ] nolo contendre
  - [ ] not guilty
  - [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention (waived ___)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [✓] Sentencing
- [ ] Trial
- [ ] Other: ___

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ___

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [✓] Other: Judgment

### CHANGE OF PLEA
Charging Document:
- [ ] Read
- [ ] Reading Waived

Guilty Plea to Count(s) ___ of the ___

Count(s) to be dismissed at sentencing: ___

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

**Imprisonment:** 235 months  
**Probation:**  
**Supervised Release:** 5 years  
**Fine:** $ 3,500.00  
**Restitution:** $  
**Special Assessment:** $ 300.00

Plea Agreement Accepted: ___ Yes ___ No  
Defendant informed of right to appeal: [✓] Yes ___ No  
Counsel informed of obligation to file appeal: [✓] Yes ___ No

Conviction Information:  
Date: 8/23/22  
By: Jury Trial  
As to Count(s): 1-3 of Superseding Indict.

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**  
**TYPE OF HEARING:**

**Reporter/Recorder:** Paul Brandell  
**Case Manager:** S. Bourque