UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**
   Plaintiff,

 **vs.**
                Case No. 1:20-cr-183-RJJ
                Hon. Robert J. Jonker

**BARRY CROFT, JR.,**
   Defendant.
_____/

## NOTICE OF APPEAL

**TAKE NOTICE** that Barry Croft, Jr. appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this matter on December 28, 2022 and filed on December 29, 2022 at ECF No. 804, PageID.10648-10654.

              Respectfully Submitted,
              **BLANCHARD LAW**

Dated: January 7, 2023     <u>/s/ Joshua A. Blanchard</u>
              Joshua Blanchard
              Attorney for Barry Croft, Jr.
              309 S. Lafayette St., Ste. 208
              Greenville, MI 48838
              616-773-2945
              josh@blanchard.law