Case No. 23-1029

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BARRY GORDON CROFT, JR.

    Defendant - Appellant

Upon consideration of the motion of Joshua Blanchard to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  January 12, 2023