664 Federal Bldg
110 Michigan St NW
Grand Rapids MI 49503

    Magistrate Judge Sally J. Berens, this is Tess Nichols, Barry Croft's fiance. In late 2020 or early 2021, I emailed you that according to the government's own defacto document, the USC, in Title 18 Section 1201(c), Barry Croft neither committed an overt act, nor conspired to commit an overt act. Now that Barry Croft's appeal brief is out, the facts are out, the DOJ has been exposed for being corrupt, and extreme juror bias was exercised at his trial, I felt it necessary to send a hard copy of his appeal brief. Not only was there no overt act committed nor was it conspired to be committed, but the whole hoax was an FBI plot with the cooperation of the purported "victim," Governor Whitmer, who made sure that all of the FBI's activities were scheduled at her convenience. I demand justice for Barry Croft, an innocent, Christian Constitutionalist. Release this innocent man immediately or you shall be held accountable for your conspiratorial deeds and biased rulings. Thank you.

Tess Elizabeth Nichols

*Tess Elizabeth Nichols*

Theresa Elizabeth Nichols

*Theresa E Nichols*

**1:20-cr-183**
Robert J. Jonker
U.S. District Judge

