DEAR JUDGE JONKER,                                                  5/19/25

      MY NAME IS BARRY CROFT, AND I AM WRITING YOU
TO HUMBLY AND RESPECTFULLY REQUEST THAT YOU LIFT THE SEAL
ON THE DISCOVERY OF EVIDENCE IN MY CASE (CASE #1:20-CR-
00183-RJJ-1 AND 2). WITH NO RESOURCES TO HIRE AN ATTORNEY
TO ASSIST WITH POST-CONVICTION RELIEF, I'M AT THE MERCY
OF WHOEVER MIGHT VOLUNTEER HELP. THERE'S REALLY NO GOOD
REASON TO MAINTAIN THE SEAL, ALL THE "CHS" ARE IDENTIFIED
BY NUMBER, NOT NAME. THERE'S NO NATIONAL SECURITY THREAT
IN OUR DISCOVERY. THIS CASE HAS COST ME 235 MONTHS OF MY
LIFE, AT THE LEAST I SHOULD BE GIVEN THE DISCOVERY USED TO
CONVICT ME. IT'S NOT RIGHT TO DEPRIVE ME OF THE DISCOVERY,
ESPECIALLY IF THERE IS NO REASON TO CONCEAL IT! PLEASE SIR,
LIFT THE SEAL SO THAT I CAN ASK JOSH BLANCHARD TO GIVE
MY MOM THE DISCOVERY TO SEEK OUT RELIEF. THANK YOU FOR
THE CONSIDERATION!



                                        RESPECTFULLY,

                                        Barry Croft

                                        #11796-509

                                        USP-ADMAX
                                        P.O. BOX 8500
                                        FLORENCE, CO 81226



Name: BARRY CROFT
Reg No. 11796-509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226 8500

DENVER CO  802

23 MAY 2025 PM 5  L

RECEIVED - GR
May 27, 2025 2:20 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ____/____

LEGAL MAIL

LEGAL MAIL

CLERK OF COURT
WESTERN DISTRICT OF MICHIGAN
399 FEDERAL BUILDING
110 MICHIGAN ST. NW.
GRAND RAPIDS, MI 49503