Dear Judge Robert J    1:20-cr-183    6/11/25
Robert Jonker- U.S. District Judge

Today, I received your response to my 5/23 letter. Thank you for your prompt reply!

I will try to clarify what I am seeking sir! There are several, if not many, pieces of potentially exculpatory evidence, that were not disclosed by the government in this case. As you recall, the direct examination of Agent Impola was shutdown as "outside the scope". During the 12/10/20 interrogation/interview between SSA Chambers, SA Impola, and CHS Robeson, Impola spoke of texts message that CHS Robeson sent to me proposing violence against political figures. Those messages were not included in the discovery. You saw the screenshots that I sent to CHS Robeson, but what was concealed was CHS Robeson's claim that his Facebook had been deleted, and he had requested that I post several of his thoughts "to see how my followers would respond". I was under a full investigation, complete with warrants to monitor every aspect of my life, so SSA Chambers and SA Impola were completely aware of the origin of those screenshots used by the government. A media outlet described the conversation as follows, "Federal agents were particularly troubled by messages Robeson had sent to Barry Croft Jr, a primary target in the investigation that alluded to using violence against elected officials". It also went on to say, "Croft's lawyer could use those messages to suggest that the kidnapping plot had been Robeson's idea, not Croft's, the agents feared". That 12/10/20 recorded interview was obtained by that outlet, and that is the words they used

to describe it, but those messages were not included in the discovery, which is why the defense requested a subpeona of CHS Plunk, Robeson, and Chappel's phone records. CHS Robeson started contacting me in December of 2019, and CHS Plunk in January of 2020, there are a lot of missing interactions that were never disclosed to the defense! That's not all, in a 5/21/20 email, AUSA Rita Rumbelow reminded CHS Robeson's handlers "that he was prohibited from handling even an inoperable firearm", but there is a DOJ document used to secure leniency in CHS Robeson's Felon in Possession case that says CHS Robeson was given "OIA" to transport explosive materials. I'm not allowed to possess that document, but an independant journalist named Christina Urso (571-419-4682) has a copy of that document. All of the information pertaining to CHS Robeson's "OIA to transport explosive material" was excluded from our discovery! Who gave him the "OIA"? When and where he transported explosive materials? And what did the materials consist of? It might explain the "red bag" that the private investigator testified originated in Green Bay, Wisconsin in Trial 2, after all SA Corey Baumgardner testified that he drove a rifle from Wisconsin to Delaware the weekend of August 6TH, 2020, so that Robeson could give me the rifle. I did not accept the rifle, so much for the "predisposition", but if they'd plant a rifle, why not a "red explosives bag" from Green Bay? I'd also like to note, CHS Plunk left Delaware with that rifle, which she also brought to Luther, Michigan. She gave it to me on 9/13/20, the Sunday after the "night surveillance", CHS Chapple

TESTIFIED THAT I IMMEDIATELY BROUGHT THE RIFLE TO HIM, AND WOULD NOT KEEP IT. DOESN'T THAT STRIKE YOU AS ODD FOR A GUY WHO IS SUPPOSED TO BE INVOLVED IN THIS "CONSPIRACY"? I WAS ONLY IN LUTHER AT CHS CHAPPEL'S INVITATION. SIR, DIDN'T THE SUPREME COURT RULE THAT THE GOVERNMENT CANNOT DISOWN IT'S OWN AGENTS? CHS ROBESON WAS HIRED IN OCTOBER OF 2019, AND GIVEN "ACCESS TO A DATABASE" OF PRESUMABLY DESIRED TARGETS, REFERENCING THAT DOJ DOCUMENT. AGAIN, THAT "DATABASE" WAS NOT IN OUR DISCOVERY, NOR IT'S BASIS. BUT A MAN WHO CAME TO THE FBI'S ATTENTION IN "OPERATION BRONZE GRIFFIN" HAD BEEN GIVEN ACCESS TO IT! THE GOVERNMENT COMMITTED PERJURY BY CALLING CHS ROBESON A "DOUBLE AGENT", THEY KNEW ALL ALONG THAT THEY APPROACHED HIM TO BE A CHS. IN FACT, IT'S DISHONEST TO CALL ANY OF THE 3 OF THEM, "INFORMANTS", THEY WERE IN FACT AGENT PROVOCATEURS LABELED AS "CHS". AND THE MAN THEY SAY MY ASSOCIATION WITH, WHO BROUGHT ON THE FULL INVESTIGATION ON ME, IN MAY 2019. HE WAS FOUND DEAD, SHOT IN THE NECK AND THROWN IN A DITCH. THE FD-1023 FORM IN OUR DISCOVERY SAID FEDERAL LAW ENFORCEMENT HAD DISCOVERED HIS BODY, THEY RULED IT A "SUICIDE". YET THERE'S NO MENTION OF THE 7/2/19 RAID THEY CONDUCTED ON WHERE HE WAS LIVING, YEAH HE WAS A "FUGITIVE" BUT LIVED IN THE PLACE HE LIVED THROUGHOUT HIS PROBATION. HE MADE THE DALLAS FIELD OFFICE MAD, FOR CALLING OUT THE LEADERSHIP OF THE COSSACKS OUTLAW MOTORCYCLE GANG AS BEING FBI "CHS's". SEE, THEY USED THE COSSACKS TO INSTIGATE THE 2016 SHOOTOUT AT THE TWIN PEAKS BAR-N-GRILL IN WACO, TEXAS. 9 PEOPLE WERE KILLED, THE GOVERNMENT DROPPED 167 CASES IN ORDER

TO NOT HAVE TO DISCLOSE THEIR USE OF "CHS's". NO ONE COMMITS SUICIDE BY SHOOTING THEMSELVES IN THE THROAT, SO THEY CAN DROWN IN THEIR OWN BLOOD! THAT MAN WAS 264 POUNDS IN MAY, HE LOST 98 POUNDS BY DECEMBER WHEN HE WAS FOUND DEAD, BY PEOPLE WHO CLAIMED THEY COULDN'T FIND HIM WHILE HE WAS ALIVE. THEY WOULD NOT RELEASE HIS BODY FOR CREMATION UNTIL 6 HOURS BEFORE HIS FUNERAL, I WAS OFFERING TO PAY THE $3500 FOR A PRIVATE AUTOPSY FOR HIS SON KORY MASSEY. MY LAWYER, JOSH BLANCHARD ASKED ME, A WEEK INTO TRIAL ONE, IF I HAD DELETED MY PHONES, I TOLD HIM NO. AFTER ALL, IF I HAD THEY WOULD NOT HAVE HAD MY OWN SCREENSHOTS TO USE AGAINST ME. IF THEY WERE DELETED IT WAS BECAUSE THE EVIDENCE ON THEM CONCERNING KC MASSEY'S LAST DAYS ALIVE. AND YES, I WAS, AND STILL DO GET EMOTIONAL OVER WHAT HAPPENED TO THAT MAN, HE WAS AN AMERICAN PATRIOT!

    I KNOW I GOT OFF TOPIC, I'D LIKE TO BE ABLE TO GIVE THE DISCOVERY TO MY MOM, SO THAT SHE MAY SEEK AN ATTORNEY WHO CAN SHOW THE COURT ALL THE EXCLUDED POTENTIALLY EXCULPATORY EVIDENCE. I HAVE NO RESOURCES, AND IN THIS LEVEL OF CONFINEMENT, I HAVE NO HELP TO FILE 2255 OR OTHER POST CONVICTION MOTIONS. IF YOU RESPOND TO THIS LETTER, CAN YOU ENCLOSE A COPY OF THIS, THAT I MIGHT SEND TO MY MOM? THEY AREN'T MAKING COPIES OF HANDWRITTEN LETTERS HERE. THANK YOU AGAIN, FOR YOUR TIME AND CONSIDERATION!

BARRY CROFT #11796-509
USP-ADMAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

RESPECTFULLY,
Barry Croft
#11796-509

Name: BARRY CROFT
Reg No: 11796-509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

DENVER CO 802
17 JUN 2025 PM 8 L

RECEIVED - GR
June 20, 2025 1:04 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ____/____

CLERK OF THE COURT
6TH CIRCUIT, WD OF MICHIGAN
110 MICHIGAN ST., NW
GRAND RAPIDS, MI 49503

FILED (GR
U.S. District Court Clerk
JUL 14 2025

49503-230099

