Dear Judge Jonker, 8/9/25

Thank you so very much for the 2255 motion! You see, I've been placed in the ADMAX to effectively neutralize my ability to seek legitimate post-conviction relief. I am not allowed to possess many of my case documents. They open all of my legal mail, and either tell me I'm not allowed to have the documents, or stamp "Does not meet legal mail policy requirements". In fact, your 7/14 letter, which was postmarked 7/15 and clearly stamped "LEGAL MAIL", got delivered to my cell opened, and I actually got a photocopy of the envelope and letter, on 8/6/25. I also got a rejection form from the mailroom with your letter, they rejected my appeal attorney's writ of certiorari brief to the Supreme Court. In 5 years of being incarcerated on this case, I've never had an incident report (write-up). And my "classification points" are 13, camp level scores. I am here so that they can keep me from telling the God's honest truth of my case! Do you remember when AUSA Kessler accused me of leaking discovery material to the press? He actually cut and pasted what I actually said, then Josh Blanchard put my entire statement in his response. Jessica Garrison (a left-wing reporter) sent me a postcard in Newaygo. I was terrified and desperate for someone to listen to me! Josh Blanchard and I are politically opposites, so he was very dismissive of a lot of what I said. That and he warned me that as an officer of the court, if I tell him of a crime I committed he was obligated to bring it to the court's attention. I'm telling you this because in trial 2, the video of me buying

BB's, miniature plastic shampoo bottles, and punching bag balloons on 7/4/20, at Walmart in Hanover, Pennsylvania had nothing to do with "IED's" or "shrapnel". I was in Gettysburg on 7/4/20, at the Civil War National Cemetary. Antifa and BLM circulated on social media that they intended to riot and destroy the cemetary that day, so I showed up with hundreds of other patriots to make sure that didn't happen. I had 3 drones above me all day, not to mention the convoys of federal suburbans using facial recognition video equipment, and all I was there to do was make sure the national landmark remained undisturbed. It was so hot that day! I finally had enough of the constant buzzing above me, so I went to the Walmart to buy supplies to construct what we called in middle school a "pee shooter". The plan was to cut the top and bottom off of the plastic bottles, leaving just the cylinder, then cut half of the punching bag balloon off, tape it to the cylinder, throw a dozen or so BB's in it, pull it back, and knock down those pesky drones. Obviously I didn't follow through, but assuming they were law enforcement drones, that constitutes a crime and my attorney was kind of hostile, so I did not want to get in more trouble. The following week, CHS Plunk came to Delaware to help me drive to Wisconsin, or I wasn't even gonna go! She helped me pack my 3 daughters stuff, and everything else I took. All throughout June, I had been talking to everyone I knew about starting a group reloading venture to address the ammo shortage in 2020. I offered to buy the reloading machine, and Thomas Leager had recently become unemployed, so he volunteered to do the reloading.

A MAN I KNOW NOW WAS CHS GEORGE LITTLE, DONATED 3 CANS OF THE RELOADING POWDER. ANOTHER GUY I SUSPECT OF ALSO BEING A CHS NAMED HUBERT KAMINSKI DONATED THE OTHER 2 CANS. SO, TO SAVE MONEY ON SHIPPING HAZMAT ITEMS, THE 5 CANS OF RELOADING POWDER WAS BROUGHT TO WISCONSIN. THE ONLY THING IS THAT AFTER DAN HARRIS AND TY GARBIN, AS PICTURED, I WAS NOT INVOLVED EVEN BY THE PICTURE USED AT TRIAL, TRIED CONSTRUCTING THE THING "THAT WENT POOF", ALL THOSE MATERIALS GOT LEFT IN WISCONSIN! ALL THOSE MATERIALS GOT TO WISCONSIN IN A WALMART AND CABELLAS PLASTIC SHOPPING BAGS. ANOTHER INTERESTING FACT IS THE TRAINING WAS SATURDAY AND SUNDAY, I LEFT AFTER SATURDAY TO GO VISIT A FRIEND OF MINE, WHO HAD PASSED AWAY, I WENT TO SEE HIS MOM AND DAD, THEN SPEND THE REST OF THE DAY IN THE WISCONSIN DELLS AMUSEMENT PARKS WITH MY KIDS. THE GOVERNMENT CONVENIENTLY LEFT OUT THAT CHS PLUNK DELIVERED THE .45 PISTOL THAT SHE STRAW PURCHASED FOR CHS ROBESON, THAT WEEKEND. SIR, I WAS UNDER FULL INVESTIGATION/SURVEILLANCE FROM MAY 2019, UP TILL OCTOBER 2020, DOES IT NOT STRIKE YOU AS ODD THAT NONE OF THESE ALLEGATIONS POP UP UNTIL CHS ROBESON STARTED PRESSING ME TO MEET WITH HIM IN MAY 2020? SIR, YOUR PHONE RECORDS WHEN CONTACTS ARE ADDED, WHY DID THE GOVERNMENT NOT DISCLOSE THAT THE ONLY PEOPLE FROM THE DUBLIN "MEETING" THAT WERE IN MY CONTACT LIST WERE CHS PLUNK, CHS ROBESON, CHS PHILLIPS, JEREMY DEETER, JAMES KAWASAKI, AND PAUL KRAS? CHS ROBESON'S PHONE RECORDS WOULD HAVE REFLECTED WHERE THE FBI'S INSTIGATED PLAN CAME FROM! AFTER ALL, HE RECEIVED A CHASE BANK ENVELOPE FULL OF CASH FROM THE FBI, SO HE WAS COMPENSATED FOR USING HIS PHONE TO WEAVE THE CASE TOGETHER. I GOT SIDETRACKED, IT WAS BLANCHARD WHO LEAKED THE INFORMATION

ABOUT SSA CHAMBER'S "EXEINTEL" TO JESSICA GARRISON AND KEN BENSINGER, NOT ME. I WASN'T EVEN AWARE OF IT UNTIL BLANCHARD SHOWED ME THE ARTICLE. WHAT'S INTERESTING IS THE "RAVAGING" ACCOUNT THAT POSTED ABOUT MICHIGAN, WAS APPARENTLY RAN BY AN EX-CHS OF SSA CHAMBERS, BUT THEY DROPPED THE STORY BEFORE THE TRUE CORRUPTION CAME OUT. I MEAN, WHO WAS SSA CHAMBERS CALLING "SIR" IN THAT EMAIL, IT WAS REDACTED? AND HOW DOES THE FBI HAVE A CHASE BANK ACCOUNT THAT PAYS CASH, TO PEOPLE WHO ARE STRAW PURCHASING PISTOLS, CHS ROBESON WAS ACTUALLY TRANSPORTING A WOMAN TO THE STATES HE ORGANIZED "MEETINGS" TO PERFORM SEX ACTS, THAT'S SEX TRAFFICKING, HOW DOES THE FBI GET AWAY WITH THAT? CAN WE SUBPEONA ALL THE CASH TRANSACTIONS THAT PERTAIN TO ALL THE PEOPLE, WHO TOOK PART IN WEAVING THIS THING TOGETHER, FROM THAT CHASE BANK ACCOUNT? WHETHER THE GOVERNMENT CLAIMS THEM, OR NOT? IF THEY DIDN'T DELETE MY PHONES, YOU'LL FIND TEXTS FROM THE FEMALE CHS FROM PENNSYLVANIA TERRY B, WHO DROVE FROM PA TO TEXAS, TO PICK KEVIN MASSEY UP TO BEGIN HIM BEING A "FUGITIVE". SHE WAS ROMANTICALLY INVOLVED WITH CHS CHRISTIAN YUENGLING, THE "MILITIA LEADER" THEY USED TO INSTIGATE THE CHARLOTTESVILLE THING. MY VERIZON GALAXY NOTE 2017-2019 HAS THAT INFORMATION ON IT, CHS YUENGLING'S DRASTIC FINANCIAL GAINS! THAT VERIZON HAS "OPERATION MUTUAL DEFENSE" ON IT AS WELL. THAT'S THE "OPERATION" DEVISED BY CHS STUART RHOADES AS LEADER OF THE "OATH KEEPERS", AND CHS GARY HUNT TO LURE IN CITIZENS TO DEFEND THE BUNDY RANCH. IF YOU WATCH ROBERT "LAVOY" FINICUM'S LAST VIDEO, BEFORE THE FBI HRT TEAM SNIPER SHOT HIM IN THE TORSO WITH A RUBBER BULLET, THAT CAUSED HIM TO GRAB HIS STOMACH WHICH MADE THE OREGON STATE POLICE OPEN UP ON HIM, YOU'LL HEAR FINICUM SAY

"STUART RHOADES OFFERED HIM SECURITY AT MALHUER REFUGE". THAT SITUATION IN OREGON IN 2016 ENDED UP HAVING 33% OF THE PEOPLE WHO PARTICIPATED, WERE FBI "CHS". MY AT+T GALAXY NOTES, 2 OF THEM, HAVE PICTURES OF THE COSSACKS CHS WHO MORE THAN LIKELY KILLED KEVIN "KC" MASSEY. SEE, IN 2016 THE FBI USED THEIR CHS THAT LEAD THE COSSACKS MOTORCYCLE GANG, TO INSTIGATE A SHOOTOUT AT THE TWIN PEAKS BAR AND GRILL IN WACO, TEXAS. THEY WERE TRYING TO GET A REASON TO INDICT THE PRESIDENT, VP, AND SGT. OF ARMS OF THE BANDIDOS MOTORCYCLE GANG. THAT SHOOTOUT KILLED 9 PEOPLE, THE GOVERNMENT DROPPED 167 CASES TO KEEP THE FACT THAT THEY IN FACT WERE THE REASON IT HAPPENED. KEVIN "KC" MASSEY WAS THE SGT. OF ARMS OF THE COSSACKS, BUT HE HAD A FALLING OUT WITH THE PRESIDENT OVER SUSPECTING HIM OF "BEING A FED SNITCH". THAT WAS WELL BEFORE KC WENT TO BROWNSVILLE IN 2014 TO DEFEND PRIVATE PROPERTY BELONGING TO RUSTY MONSEES, FROM MEXICAN CARTEL TRAFFIC. KC PISSED OBAMA'S CBP OFF BY POSTING NIGHT VISION VIDEO OF THEM OPENING A GATE, ON THE NEIGHBORING FEDERAL PROPERTY AND ALLOWING ILLEGAL ENTRANCE TO TEXAS, WHICH HE POSTED ON YOUTUBE. WITHIN 72 HOURS THE FBI ARRESTED KC FOR "FELON-IN-POSSESSION", WHICH BY TEXAS LAW KC'S RIGHTS HAD BEEN RESTORED. MY AT+T PHONES WILL HAVE A PICTURE OF GOV. GREG ABBOTT SHAKING KC'S HAND, AFTER KC'S ARREST ABBOTT CLAIMED HE NEVER MET HIM. I INTERVIEWED KC IN 2017, WHEN I HAD PRESS CREDENTIALS AND A BLOGTALKRADIO PROGRAM CALLED "THE CONSTITUTIONAL RESTORATION PROJECT". CHS GARY HUNT, WHO WAS INTRODUCED TO MY "WE THE PEOPLE" BLOGTALK PROGRAM IN 2016, INTRODUCED KC'S STORY TO ME. KC WAS IN PRISON AT THE TIME. KC WASN'T A "DOMESTIC EXTREMIST", HE WAS A GOOD GUY WHO WOULD BLEED FOR HIS FELLOW AMERICAN, FREE OF CHARGE!

MY AT+T PHONES HAVE TEXT CHAINS, AUDIO CLIPS, AND A YOUTUBE VIDEO OF KC WITH A CAMO BAG ON HIS HEAD FROM 10/7/19, ALL THESE ELECTRONIC COMMUNICATIONS WOULD HAVE REVEALED KC'S LOCATION AS HE SENT THEM TO ME WHILE I WAS UNDER FULL INVESTIGATION/SURVEILLANCE, AND HE WAS SUPPOSEDLY A "FUGITIVE"! YOU SHOULD LOOK INTO THE 7/2/19 FBI RAID AT JR'S (WHERE KC LIVED), NO ONE SAW HIM ALIVE AFTER THAT. HE WAS A "FUGITIVE" FROM MAY-DECEMBER, AN FD-1023 FORM IN OUR DISCOVERY SAYS "FEDERAL LAW ENFORCEMENT DISCOVERED HIS BODY", THEY MAGICALLY FOUND HIM ONCE HE WAS DEAD, SHOT IN THE NECK AND RULED IT A "SUICIDE". BECAUSE PEOPLE COMMIT SUICIDE OVER VIOLATION OF PROBATION FOR DIRTY URINE! THE TRUTH IS THE FBI HAS BEEN INSTIGATING "RIGHT-WING" RELATED SITUATIONS IN ORDER TO VILLAINIZE PATRIOTS. THE "DATABASE" CHS ROBESON WAS "GIVEN ACCESS TO", PATRIOTS, CONCERNED PARENTS, PREACHERS WHO IGNORED COVID PROTOCOLS. MY AT+T PHONES CONTAIN PICTURES AND INFO RELATED TO FBI INSTIGATION AT THE 1/20/20 RICHMOND, VIRGINIA 2ND AMENDMENT RALLY, COMPLETE WITH THE CHS'S WHO BROUGHT THE GUILLOTINE. YOU'LL FIND SAVED VOICE AUDIO OF CHS "MIKE RAGE" ADMITTING TO INSTIGATING A "REDRESS OF GRIEVANCES" SITUATION IN DC SPRING OF 2020. YOU SEE, THEY HAD A LOT OF DRY RUNS LEADING UP TO J6, YOU HEARD CHS CHAPPEL TESTIFY ABOUT LANSING, HE WAS SECOND IN COMMAND OF THE "WOLVERINE WATCHMEN" AT THE TIME! SIR, DO YOU SEE THE PATTERN YET? PRESIDENT OF THE COSSACKS, LEADER OF THE OATH KEEPERS, COMMANDING OFFICER OF THE "PENNSYLVANIA LIGHTFOOT MILITIA", SECOND IN COMMAND OF THE "WOLVERINE WATCHMEN", THE FBI SEEMS TO HAVE "CHS" IN A LOT OF "LEADERSHIP" POSITIONS, LEADER OF THE "PROUD BOYS". LOOK AT HOW HARD THEY TRIED TO INCORPORATE THE 3%, CHS ROBESON "WAS A NATIONAL C/O", ADAM FOX WAS MICHIGAN'S CHS APPOINTED

c/o of a CHS created Facebook "Militia", pfft! And sir, an informant is someone who gets caught committing crime, and agrees to cooperate with law enforcement to bring down the criminal enterprise. A "CHS" is someone who the FBI assesses to be in position to accept tasking, in order to facilitate a situation, for Chase bank envelopes full of cash. The Oxford Dictionary I have defines "Agent Provocateur" as: A person who tempts suspected criminals to commit a crime and therefore be convicted. I was labeled "Baltimore Target", not a suspect! I'm sorry for such a long letter, but these things need to be on the record. I'm trying to get our discovery into Tess Nichols and Christina Urso's hands, so they can show how spotty the FBI's recordings are in the discovery. Like Robeson, CHS Robeson asking to put his tires in my garage, probably when he planted the bag that is only found in Japan and Green Bay. Or CHS Robeson handing me a $50 and his and CHS Plunk's Wendy's order, while they get everything in the Super 8 parking lot situated as planned. How come when I got back with the food isn't recorded, and found in the discovery? How come there's no recording of me being made aware of the "night surveillance"? Probably the same reason CHS Robeson requested "A gunfighter in the vehicle with me in it"! Based on my reaction to CHS Robeson and CHS Plunk's suprise Delaware "meeting" on August 6th, where they attempt to enlist help for Frank Butler (Virginia Target) to fly an explosives drone into his governor's home. They found no help, which is why they don't mention the Delaware "meeting", kinda contradicts the narrative. And takes focus

AWAY FROM CHS ROBESON'S "OIA" TO TRANSPORT EXPLOSIVE MATERIALS! MAY I MAKE A GOOD POINT SIR? SA BAUMGARDNER TESTIFIED THAT HE DROVE A RIFLE FROM WISCONSIN TO DELAWARE, AND HE'S CHS ROBESON'S HANDLING AGENT, DID HE GIVE CHS ROBESON THE RIFLE AGAINST AUSA RITA RUMBLELOW'S OBJECTION, OR IS THAT WHERE CHS PLUNK COMES UP WITH "COREY SAYS WE'RE ALL ON THE SAME TEAM?"? IT'S A GOOD QUESTION SIR, CHS ROBESON'S HANDLING AGENT'S NAME IS SA COREY BAUMGARDNER. HE'S THE ONE WHO KEPT PUTTING HIS HEAD DOWN WHILE TESTIFYING, TRYING TO DECEIVE THE COURT FROM THE WITNESS STAND MUST BE STRESSFUL! I DID SAY SOME VERY, VERY, VERY STUPID THINGS! I WAS VERY, VERY, VERY HIGH ON MARIJUANA, THE CHS'S MADE SURE I WAS BEFORE THEY BAITED RADICAL SOUNDING CONVERSATIONS! INTOXICATED "CAMPFIRE" BIG TALK IS DIFFERENT THAN THE EMOJI MESSAGE SUGGESTING BLOWING UP A BRIDGE, IN A CHAT GROUP I HAD NO KNOWLEDGE OF. THE GUY WHO SUGGESTED BLOWING UP THE BRIDGE GOT 3 YEARS. THE GOVERNMENT SHOULD HAVE BROUGHT UP THE "GORE PORN" IN HIS PSI! THAT'S THE MOST DISTURBING THING I'VE EVER WITNESSED IN MY LIFE, YEAH THAT'S WHAT TY GARBIN IS INTO. IT'S LITERALLY PEOPLE BEING DISMEMBERED DURING SEX ACTS, WHAT IS IT WITH THE GOVERNMENT WORKING WITH PERVERTS? THE VIDEOS WERE SAVED ON HIS PHONE, AND IN THE DISCOVERY. MY CELLPHONES SHOULD STILL BE PRESERVED AS EVIDENCE RIGHT? WITH MY POST-CONVICTION REMEDIES, AND MY WRIT OF CERTIORARI, MY CASE IS NOT RESOLVED YET RIGHT? SIR, I'M NOT A LIAR, AND STAND BY EVERYTHING I'VE SAID IN THE LETTER! THANK YOU FOR YOUR TIME!

SINCERELY,
Barry Croft #11796-509

Name: BARRY CROFT
Reg. No.: 11796-509
US Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226

DENVER CO 802
19 AUG 2025 PM 8 L
1775



RECEIVED (GR)
U.S. District Court Clerk
Aug 22 2025
Western Michigan

CLERK OF COURT
FOR JUDGE ROBERT J. JONKER
399 FEDERAL BLDG.
110 MICHIGAN ST., NW
GRAND RAPIDS, MI 49503
49503-231337