Dear Judge Robert J. Jonker,                    10/5/25

    Thank you for your response, and the good advice pertaining to Ex Parte statements. I do appreciate the kindness! Sir, my position is one of desperation. Tess and I spoke on the phone this morning, and she told me how the court will not accept the supplemental memorandum I asked her to submit. I am not allowed to possess a vast majority of those documents, so how can I file them Pro-Se? On Thursday (10/2), my SIS Tech. Lillard informed me that my security level placement is a result of my pursuing my due process right to exhaust all avenues of post-conviction relief, which I'm pretty sure is a crime, but it is certainly corruption. So basically, the DOJ through the FBI, hired sex offender felons and other agent provocateurs to frame me by instigation. Then the DOJ's attorneys were deceptive and dishonest before the court, in committing perjury and concealing exculpatory evidence. And now, the DOJ through the BOP assigns me to a housing situation, this is to prevent me from possessing my legal work, and makes threats to completely cut-off my communication with the outside world, to suppress their misconduct at every level! I've never had a write-up in 5 years. And my "co-defendant" who recommended blowing up a bridge, only did 3 years, so the fraud being perpetrated by the BOP is painfully obvious. It's as if an organized conspiracy to cover-up DOJ crime and

MISCONDUCT IS BEING OPENLY PRACTICED! YOU CANNOT BE THE DEPARTMENT OF JUSTICE WHILE VIOLATING RIGHTS, RULES, AND THE LAW. SIR, HOW CAN I GET THE DOCUMENTS TESS NICHOLS (MY FIANCE) FILED FOR ME, ON THE RECORD FOR CONSIDERATION IN MY 2255? PLEASE SIR, DO NOT BE OFFENDED IF I COME OFF WRONG, AS I SAID, I AM REALLY DESPERATE IN MY PURSUIT OF TRUTH AND JUSTICE! AGAIN, I AM VERY THANKFUL TO YOU FOR YOUR CONSIDERATION AND KINDNESS, THANK YOU!

RESPECTFULLY,

Barry Croft Jr.

#11796-509
USP-ADMAX
P.O. BOX 8500
FLORENCE, CO 81226-8500

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

BARRY GORDON CROFT JR.  
*Plaintiff/Petitioner*  
v.  
UNITED STATES OF AMERICA  
*Defendant/Respondent*

Civil Action No. 1:25-CV-01146-RJJ

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: FLORENCE ADMAX .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____, and my take-home pay or wages are:  $ _____ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment         ☐ Yes     ☑ No
(b) Rent payments, interest, or dividends                   ☐ Yes     ☑ No
(c) Pension, annuity, or life insurance payments            ☐ Yes     ☑ No
(d) Disability, or worker's compensation payments           ☐ Yes     ☑ No
(e) Gifts, or inheritances                                   ☑ Yes     ☐ No
(f) Any other sources                                        ☐ Yes     ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I RECEIVE BETWEEN $50 - $100 MONTHLY DEPENDING ON MY LOVED ONES ABILITY. THIS GOES TO PHONE TIME, STAMPS, AND HYGIENE PRODUCTS, AS WELL AS A $25 QUARTERLY FRP PAYMENT TOWARDS MY FINE.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

$2800 BALANCE ON COURT IMPOSED FINE, WHICH I PAY $25 QUARTERLY THROUGH BOP FRP.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/6/25

Applicant's signature: Barry D. Croft Jr.

Printed name: BARRY G. CROFT JR

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

BARRY CROFT JR.
*Plaintiff/Petitioner*
v.
UNITED STATES
*Defendant/Respondent*

Civil Action No. 1:20-CR-183-RJJ

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: FLORENCE ADMAX
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per *(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment      ☐ Yes    ☑ No
(b) Rent payments, interest, or dividends               ☐ Yes    ☑ No
(c) Pension, annuity, or life insurance payments        ☐ Yes    ☑ No
(d) Disability, or worker's compensation payments       ☐ Yes    ☑ No
(e) Gifts, or inheritances                              ☑ Yes    ☐ No
(f) Any other sources                                   ☐ Yes    ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

I RECEIVE $50 A MONTH, SOMETIMES $100 DEPENDING ON MY LOVED ONES ABILITY. THIS IS USED FOR STAMPS, PHONE TIME, AND HYGIENE PRODUCTS. I ALSO HAVE A FINANCIAL RESPONSIBILITY PAYMENT TOWARDS MY FINES OF $25 QUARTERLY THAT THIS MONEY GOES TO.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

NONE

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

NONE

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NONE

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

YES, $25 QUARTERLY PAYMENTS FOR FINANCIAL RESPONSIBILITY PROGRAM TOWARDS THE $2800 BALANCE ON MY FINES.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/3/25

Applicant's signature: Barry Croft Jr.

Printed name: BARRY CROFT JR.

Name: BARRY CROFT
Reg. No.: 11796-509
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

LEGAL MAIL
MOTION ENCLOSED

RECEIVED (GR)
U.S. District Court Clerk
OCT 14 2025
Western Michigan

DENVER CO 802
9 OCT 2025 PM 6 L
1775

CLERK OF COURT FOR
JUDGE ROBERT J. JONKER
110 MICHIGAN ST., NW
GRAND RAPIDS, MI 49503    LEGAL MAIL

49503-230099



Name: BARRY CROFT
Reg No: 11796-509
U.S. PENITENTIARY MAX.
P.O. BOX 8500
FLORENCE, CO 81226-8500

LEGAL MAIL
MOTION ENCLOSED

CLERK OF COURT FOR
JUDGE ROBERT J. JONKER
110 MICHIGAN ST., NW
GRAND RAPIDS, MI 49503

LEGAL MAIL

RECEIVED (GR)
U.S. District Court Clerk
OCT 14 2025
Western Dist Michigan

Name: BARRY CROFT
Reg. No.: 11796-509
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

RECEIVED (GR)
U.S. District Court Clerk
OCT 14 2025
Western Michigan

LEGAL MAIL

DENVER CO 802
9 OCT 2025 PM 8 L



CLERK OF COURT FOR
JUDGE ROBERT J. JONKER
110 MICHIGAN ST., NW
GRAND RAPIDS, MI 49503

LEGAL MAIL

49503-230099