**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
110 MICHIGAN STREET, NW
GRAND RAPIDS, MICHIGAN 49503

**ROBERT J. JONKER**
UNITED STATES DISTRICT JUDGE

(616) 456-2551

January 16, 2026

Barry Croft (#11796-509)
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO   81226-8500

    Re:   1:20-cr-183

Dear Mr. Croft:

    I have received your letter postmarked December 17, 2025, regarding your case. I cannot provide you, or any other party, with legal advice. Nor can I communicate with you, or any other party, about substantive issues in the case on an *ex parte* basis. If you believe you are entitled to any legal relief, you will need to file an appropriate motion or other proceeding. The Court cannot act on an informal letter.

    If you believe you have a right to any other judicial action in your case, you will need to file a formal motion with all supporting material, and have it served on all parties. You may wish to consult with counsel to assist you in evaluating your options.

Sincerely,

Robert J. Jonker
United States District Judge

RJJ/elam